UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 30, 2007

Case No.:  CR 07-00555 WHA

Title:  UNITED STATES -v- LAUTON JOSHUA (present)
                                  HELEN LOWE (present)

Appearances:
    For the Government:  Erika Frick

    For the Defendant(s): Peter Clerides (LJ)
                                           Darryl Stallworth (HL)

Interpreter: n/a                              Probation Officer: n/a

Deputy Clerk:  Dawn Toland            Court Reporter:  Sylvia Russo

**PROCEEDINGS**

1)  Trial Setting - HELD

2)  

Case continued to **12/18/07 at 2:00 pm**  for Change of Plea/Trial Setting

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

Time Excluded:  **Begins:  10/30/07          Ends:     12/18/07**

**ORDERED AFTER HEARING:**

Defendants need time to review the discovery. Parties are attempting to reach a disposition. Court advised the parties to reserve 2/4/08 as the trial date if a disposition is not reached.

Defendant Helen Lowe's request to waive her appearance on 12/18/07 is denied.

Time is excluded from today until 12/18/07.