```
STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11th Street, 2nd Floor
San Francisco, CA 94103
(415) 864-5600


Attorneys for Defendant
LAUTON WELLS
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>  v. )<br>LAUTON WELLS, )<br>        Defendant. ) | NO.  CR07-555 WHA<br><br>**SUBSTITUTION OF ATTORNEYS & ORDER** |

      LAUTON WELLS, defendant herein, hereby substitutes STUART HANLON in place and stead of her present attorney, PETER CLERIDES, as her attorney of record.

Dated:    December 13, 2007

                                                                                                                      _____

                                                                         STUART HANLON<br>
                                                                         Attorney for Defendant<br>
                                                                         LAUTON WELLS

    **SUBSTITUTION OF ATTORNEYS**

**<u>ORDER</u>**

**IT IS HEREBY ORDERED** that Attorney Stuart Hanlon is hereby substituted in as attorney of record in place and stead of Peter Clerides as attorney of record for defendant Lauton Wells.

**IT IS SO ORDERED.**

Dated: _____    _____

THE HON. JUDGE WILLIAM H. ALSUP

**SUBSTITUTION OF ATTORNEYS**