UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 18, 2007

Case No.: CR 07-0555 WHA

Title: UNITED STATES -v- LAUTON JOSHUA (present)
       HELEN LOWE (present)

Appearances:
    For the Government: Ericka Frick

    For the Defendant(s): Sara Reif; Stuart Hanlon (LJ)
                          Darryl Stallworth (HL)

Interpreter: n/a                    Probation Officer: n/a

Deputy Clerk: Dawn Toland           Court Reporter: Kathy Powell

**PROCEEDINGS**

1)   Trial Setting - HELD

2)   

Case continued to **1/29/08 at 2:00pm** for Status

Case continued to ___ for Pretrial Conference

Case continued to ___ for Jury Trial

**ORDERED AFTER HEARING:**

Time is excluded until 1/29/08.