UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 29, 2008

Case No.:  CR 07-0555 WHA

Title:  UNITED STATES -v- LAUTON JOSHUA (present)
                          HELEN LOWE (present)

Appearances:
    For the Government: Ericka Frick

    For the Defendant(s): Stuart Hanlon (LJ)
                          Darryl Stallworth (HL)

Interpreter: n/a                    Probation Officer: n/a

Deputy Clerk: Dawn Toland           Court Reporter: Juanita Gonzalez

**PROCEEDINGS**

1)   Change of Plea - NOT HELD

2)   Trial Setting - HELD


Case continued to **2/5/08 at 2:00 pm** for Change of Plea

Case continued to **3/3/08 at 2:00pm** for Pretrial Conference

Case continued to **3/10/08 at 7:30am** for Jury Trial


**ORDERED AFTER HEARING:**

Parties believe they will finalize a plea agreement prior to trial.

Time is excluded from today until 2/5/08 due to effective preparation of counsel.