UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 5, 2008

Case No.:  CR 07-0555 WHA

Title:  UNITED STATES -v- LAUTON JOSHUA (present)
                        HELEN LOWE (present)

Appearances:
    For the Government:  Ericka Frick

    For the Defendant(s):  Sara Rief (LJ)
                               Darryl Stallworth (HL)

Interpreter: n/a                    Probation Officer: n/a

Deputy Clerk:  Dawn Toland          Court Reporter:  Sahar McVickar

**PROCEEDINGS**

1)  Change of Plea - NOT HELD

2)  


Case continued to **2/8/08 at 1:00 pm**  for Change of Plea

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

Time Excluded:  **Begins:**            **Ends:**

**ORDERED AFTER HEARING:**

Defendant Helen Lowe needs to be arraigned on a Superseding Information in front of the Magistrate Judge.  Government shall make the arrangements.