UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

FILED
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: February 8, 2008

Case No.: CR 07-0555 WHA

Title: UNITED STATES -v- LAUTON JOSHUA (present)
                        HELEN LOWE (present

Appearances:
    For the Government: Ericka Frick

    For the Defendant(s): Sara Rief for Stuart Hanlon (LJ)
                          Darryl Stallworth (HL)

Interpreter: n/a                    Probation Officer: n/a

Deputy Clerk: Dawn Toland           Court Reporter: Kathy Wyatt

### PROCEEDINGS

1) __Change of Plea - HELD_____

2) _____


Case continued to **5/20/08 at 2:00pm** for Sentencing

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial


**ORDERED AFTER HEARING:**

Plea Agreements filed for both defendants. Defendant Lauton Joshua entered a guilty plea to Count One of the Indictment. Defendant Helen Lowe entered a guilty plea to the One Count Superseding Information.

Probation referral forms given to both defense attorneys. Sentencing hearing is set for 5/20/08.