# EXHIBIT A

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

| VENDOR : Helen Lowe, #930 |
|---|

| CLIENT: La'uton Joshua, #906709 |
|---|

| Date of Check | Check Number | Paid HAP |
|---|---|---|
| 8/1/2006 | 3655 | $ 1,243.00 |
| 7/1/2006 | 2522 | 1,243.00 |
| 6/1/2006 | 1510 | 1,504.00 |
| 5/1/2006 | 665756 | 1,504.00 |
| 4/1/2006 | 663229 | 1,504.00 |
| 3/1/2006 | 659076 | 1,504.00 |
| 2/1/2006 | 654917 | 1,504.00 |
| 1/1/2006 | 650669 | 1,504.00 |
| 12/1/2005 | 646516 | 1,504.00 |
| 11/1/2005 | 642382 | 1,504.00 |
| 10/1/2005 | 638104 | 1,504.00 |
| 9/1/2005 | 633842 | 1,504.00 |
| 8/1/2005 | 629459 | 1,504.00 |
| 7/1/2005 | 625116 | 1,504.00 |
| 6/1/2005 | 620784 | 1,504.00 |
| 5/1/2005 | 616454 | 1,504.00 |
| 4/1/2005 | 612117 | 1,504.00 |
| 3/1/2005 | 607595 | 1,504.00 |
| 2/1/2005 | 603305 | 1,504.00 |
| 1/1/2005 | 598899 | 1,504.00 |
| 12/1/2004 | 594389 | 1,504.00 |
| 11/1/2004 | 590096 | 1,504.00 |
| 10/1/2004 | 585649 | 1,504.00 |
| 9/17/2004 | 583436 | 1,504.00 |
| 8/1/2004 | 576624 | 1,504.00 |
| 7/1/2004 | 572171 | 1,504.00 |
| 6/1/2004 | 567784 | 1,504.00 |
| 5/1/2004 | 563376 | 1,504.00 |
| 4/1/2004 | 558864 | 1,504.00 |
| 3/1/2004 | 554339 | 1,504.00 |
| 2/1/2004 | 550023 | 1,504.00 |
| 1/1/2004 | 545607 | 1,504.00 |
| 12/1/2003 | 541224 | 1,504.00 |
| 11/1/2003 | 536923 | 1,504.00 |
| 10/1/2003 | 532472 | 1,504.00 |
| 9/1/2003 | 528064 | 1,504.00 |
| 8/1/2003 | 523720 | 1,504.00 |
| 7/1/2003 | 519450 | 1,504.00 |
| 6/1/2003 | 515067 | 1,504.00 |
| 5/1/2003 | 510751 | 1,504.00 |
| 4/1/2003 | 506449 | 1,504.00 |
| 3/1/2003 | 502232 | 1,504.00 |
| 2/1/2003 | 498116 | 1,504.00 |
| 1/1/2003 | 494173 | 1,504.00 |
| 12/1/2002 | 490294 | 1,504.00 |
| 11/1/2002 | 486606 | 1,504.00 |

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

| VENDOR : Helen Lowe, #930 |
|---|

| CLIENT: La'uton Joshua, #906709 |
|---|

| Date of Check | Check Number | Paid HAP |
|---|---|---|
| 10/1/2002 | 482919 | 1,504.00 |
| 9/1/2002 | 479298 | 1,504.00 |
| 8/1/2002 | 475686 | 1,504.00 |
| 7/1/2002 | 472146 | 1,504.00 |
| 6/1/2002 | 468688 | 1,504.00 |
| 5/1/2002 | 465176 | 1,504.00 |
| 4/1/2002 | 461723 | 1,504.00 |
| 3/1/2002 | 458240 | 1,504.00 |
| 2/1/2002 | 454720 | 1,504.00 |
| 1/1/2002 | 451219 | 1,504.00 |
| 12/1/2001 | 447846 | 1,504.00 |
| 11/1/2001 | 444566 | 1,483.00 |
| 10/1/2001 | 441235 | 1,483.00 |
| 9/1/2001 | 437958 | 1,483.00 |
| 8/1/2001 | 434738 | 1,483.00 |
| 7/1/2001 | 431489 | 1,483.00 |
| 6/1/2001 | 428225 | 1,483.00 |
| 5/1/2001 | 424892 | 1,483.00 |
| 4/13/2001 | 423430 | 3,100.00 |
| 4/1/2001 | 421541 | 708.00 |
| 3/1/2001 | 423430 | 708.00 |
| 2/1/2001 | 414676 | 708.00 |
| 1/1/2001 | 411207 | 708.00 |
| 12/1/2000 | 407722 | 1,075.00 |
| 11/1/2000 | 404284 | 1,075.00 |
| 10/1/2000 | 400829 | 1,075.00 |
| 9/1/2000 | 397423 | 1,075.00 |
| 8/1/2000 | 394069 | 1,075.00 |
| 7/1/2000 | 390747 | 1,075.00 |
| 6/12/2000 | 388925 | 444.00 |
| 6/1/2000 | 387263 | 1,001.00 |
| 5/1/2000 | 384217 | 1,001.00 |
| 4/1/2000 | 381191 | 1,001.00 |
| 3/1/2000 | 378163 | 1,001.00 |
| 2/1/2000 | 375155 | 1,001.00 |
| 1/1/2000 | 372191 | 1,001.00 |
| 12/1/1999 | 369219 | 988.00 |
| 11/1/1999 | 366234 | 988.00 |
| 10/1/1999 | 363213 | 988.00 |
| 9/1/1999 | 360240 | 988.00 |
| 8/1/1999 | 357276 | 988.00 |
| 7/1/1999 | 354279 | 988.00 |
| 6/1/1999 | 351302 | 988.00 |
| 5/1/1999 | 348416 | 988.00 |
| 4/1/1999 | 345536 | 988.00 |
| 3/1/1999 | 342683 | 988.00 |

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

| VENDOR : Helen Lowe, #930 |
| --- |

| CLIENT: La'uton Joshua, #906709 |
| --- |

| Date of Check | Check Number | Paid HAP |
| --- | --- | --- |
| 2/1/1999 | 339833 | 988.00 |
| 1/1/1999 | 337007 | 1,647.00 |
| 12/1/1998 | 334234 | 790.00 |
| 11/1/1998 | 331515 | 790.00 |
| 10/1/1998 | 328607 | 790.00 |
| 9/1/1998 | 325757 | 790.00 |
| 8/1/1998 | 322923 | 790.00 |
| 7/1/1998 | 320141 | 790.00 |
| 6/1/1998 | 317346 | 790.00 |
| 5/1/1998 | 314583 | 790.00 |
| 4/1/1998 | 311867 | 790.00 |
| 3/1/1998 | 309177 | 790.00 |
| 2/1/1998 | 306498 | 790.00 |
| 1/1/1998 | 303101 | 790.00 |
| 12/1/1997 | 300433 | 670.00 |
| 11/1/1997 | 297759 | 670.00 |
| 10/1/1997 | 295087 | 670.00 |
| 9/1/1997 | 292417 | 670.00 |
| 8/1/1997 | 289729 | 670.00 |
| 7/1/1997 | 287038 | 670.00 |
| 6/1/1997 | 284242 | 670.00 |
| 5/1/1997 | 281540 | 670.00 |
| 4/1/1997 | 278804 | 670.00 |
| 3/1/1997 | 276077 | 670.00 |
| 2/17/1997 | 8982 | 120.00 |
| 2/1/1997 | 273368 | 610.00 |
| 1/1/1997 | 270642 | 610.00 |
| 12/1/1996 | 267920 | 792.00 |
| 11/1/1996 | 265183 | 792.00 |
| 10/1/1996 | 262433 | 792.00 |
| 9/1/1996 | 259705 | 792.00 |
| 8/1/1996 | 256965 | 792.00 |
| 7/1/1996 | 254191 | 792.00 |
| 6/1/1996 | 251453 | 792.00 |
| 5/1/1996 | 248739 | 792.00 |
| 4/1/1996 | 246611 | 792.00 |
| 3/1/1996 | 243910 | 792.00 |
| 2/1/1996 | 241221 | 792.00 |
| 1/1/1996 | 238554 | 597.00 |
| 12/8/1995 | 5170 | 597.00 |
| 11/1/1995 | 5170 | 597.00 |
| 10/1/1995 | 229958 | 597.00 |
| 9/1/1995 | 227375 | 597.00 |
| 8/1/1995 | 224726 | 597.00 |
| 7/1/1995 | 221881 | 597.00 |
| 6/19/1995 | 220458 | 28.00 |

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

| VENDOR : Helen Lowe, #930 |
| --- |

| CLIENT: La'uton Joshua, #906709 |
| --- |

| Date of Check | Check Number | Paid HAP |
| --- | --- | --- |
| 6/1/1995 | 219164 | 597.00 |
| 5/1/1995 | 216677 | 569.00 |
| 4/1/1995 | 214222 | 569.00 |
| 3/1/1995 | 211798 | 569.00 |
| 2/1/1995 | 209364 | 569.00 |
| 1/1/1995 | 206927 | 569.00 |
| 12/1/1994 | 204448 | 569.00 |
| 11/1/1994 | 202055 | 569.00 |
| 10/1/1994 | 199643 | 569.00 |
| 9/1/1994 | 197250 | 569.00 |
| 8/1/1994 | 194361 | 569.00 |
| | Total | $ 163,660.00 |

```
   Vend# 000930             Description or sort name LOWE, HELEN
                         NOTES ON FILE
(C)                          Vendor Payments
      Mode:              #Lines:49
Ln# D A Check# Bank      Check Dt    Check Amt    Total HAP   Pos. Adj.    Neg. Adj.    HW
001   A 003655 S8        08/01/06    1,243.00     1,243.00       0.00          0.00
002   A 002522 S8        07/01/06    1,243.00     1,243.00       0.00          0.00
003   A 001510 S8        06/01/06    1,504.00     1,504.00       0.00          0.00
004   A 665756 S8        05/01/06    1,504.00     1,504.00       0.00          0.00
005     663229 S8        04/01/06    1,504.00     1,504.00       0.00          0.00
006     659076 S8        03/01/06    1,504.00     1,504.00       0.00          0.00
007     654917 S8        02/01/06    1,504.00     1,504.00       0.00          0.00
008     Z51956 S8        01/20/06        0.00     1,504.00       0.00     -1,504.00
009     650669 S8        01/01/06    1,504.00     1,504.00       0.00          0.00
010     646516 S8        12/01/05    1,504.00     1,504.00       0.00          0.00
011     642382 S8        11/01/05    1,504.00     1,504.00       0.00          0.00
012     638104 S8        10/01/05    1,504.00     1,504.00       0.00          0.00
013     633842 S8        09/01/05    1,504.00     1,504.00       0.00          0.00
014     629459 S8        08/01/05    1,504.00     1,504.00       0.00          0.00

Valid modes are: ./ACDILSOMRU123456?. 123456 same as ACDILS. .update
/exit Add Change Delete Insert Look Search cOpy Move soRt Undo_sort ?help.
```

```
      Vend# 000930            Description or sort name LOWE, HELEN
                              NOTES ON FILE
 (C)                          Vendor Payments
           Mode:C Line#:15    #Lines:49
 Ln# D A Check# Bank     Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
 015     625116 S8       07/01/05       704.00     1,504.00        0.00      -800.00
 016     620784 S8       06/01/05     1,904.00     1,904.00        0.00         0.00
 017     616454 S8       05/01/05     1,904.00     1,904.00        0.00         0.00
 018     612117 S8       04/01/05     1,904.00     1,904.00        0.00         0.00
 019     607595 S8       03/01/05     1,904.00     1,904.00        0.00         0.00
 020     603305 S8       02/01/05     1,904.00     1,904.00        0.00         0.00
 021     598899 S8       01/01/05     1,904.00     1,904.00        0.00         0.00
 022     594389 S8       12/01/04     1,904.00     1,904.00        0.00         0.00
 023     590096 S8       11/01/04     1,904.00     1,904.00        0.00         0.00
 024     585649 S8       10/01/04     1,911.00     1,911.00        0.00         0.00
 025     583436 S8       09/17/04     1,911.00         0.00    1,911.00         0.00
 026     581078 S8     V*09/01/04     1,911.00     1,911.00        0.00         0.00
 027     576624 S8       08/01/04     1,911.00     1,911.00        0.00         0.00
 028     572171 S8       07/01/04     1,911.00     1,911.00        0.00         0.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

```
     Vend# 000930              Description or sort name LOWE, HELEN
                               NOTES ON FILE
 (C)                           Vendor Payments
        Mode:C Line#:29   #Lines:49
Ln# D A Check# Bank      Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
029     567784 S8        06/01/04   1,911.00    1,911.00        0.00         0.00
030     563376 S8        05/01/04   1,911.00    1,911.00        0.00         0.00
031     558864 S8        04/01/04   1,911.00    1,911.00        0.00         0.00
032     554339 S8        03/01/04   1,911.00    1,911.00        0.00         0.00
033     550023 S8        02/01/04   1,911.00    1,911.00        0.00         0.00
034     545607 S8        01/01/04   1,911.00    1,911.00        0.00         0.00
035     541224 S8        12/01/03   1,911.00    1,911.00        0.00         0.00
036     536923 S8        11/01/03   1,911.00    1,911.00        0.00         0.00
037     532472 S8        10/01/03   1,911.00    1,911.00        0.00         0.00
038     528064 S8        09/01/03   1,911.00    1,911.00        0.00         0.00
039     523720 S8        08/01/03   1,911.00    1,911.00        0.00         0.00
040     519450 S8        07/01/03   1,911.00    1,911.00        0.00         0.00
041     515067 S8        06/01/03   1,911.00    1,911.00        0.00         0.00
042     510751 S8        05/01/03   1,911.00    1,911.00        0.00         0.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

```
pts94 CCSS8 2.3.4                                                    08/03 13:50

      Vend# 000930            Description or sort name LOWE, HELEN
                              NOTES ON FILE
   (C)                            Vendor Payments
              Mode:C Line#:43    #Lines:49
   Ln# D A Check# Bank     Check Dt   Check Amt  Total HAP  Pos. Adj.  Neg. Adj.  HW
   043      506449 S8      04/01/03   1,911.00   1,911.00        0.00       0.00
   044      502232 S8      03/01/03   1,911.00   1,911.00        0.00       0.00
   045      498116 S8      02/01/03   1,911.00   1,911.00        0.00       0.00
   046      494173 S8      01/01/03   1,911.00   1,911.00        0.00       0.00
   047      490294 S8      12/01/02   1,911.00   1,911.00        0.00       0.00
   048      486606 S8      11/01/02   1,911.00   1,911.00        0.00       0.00
   049      482919 S8      10/01/02   1,911.00   1,911.00        0.00       0.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930          Description or sort name LOWE, HELEN

(C)                           Vendor Payments
        Mode:                #Lines:57
Ln# D A Check# Bank    Check Dt    Check Amt    Total HAP    Pos.  Adj.    Neg.  Adj.    HW
001     482919 S8      10/01/02    1,911.00     1,911.00          0.00           0.00
002     479298 S8      09/01/02    1,911.00     1,911.00          0.00           0.00
003     475686 S8      08/01/02    1,911.00     1,911.00          0.00           0.00
004     472146 S8      07/01/02    2,042.00     2,042.00          0.00           0.00
005     468688 S8      06/01/02    2,042.00     2,042.00          0.00           0.00
006     465176 S8      05/01/02    2,042.00     2,042.00          0.00           0.00
007     461723 S8      04/01/02    2,042.00     2,042.00          0.00           0.00
008     458240 S8      03/01/02    2,042.00     2,042.00          0.00           0.00
009     454720 S8      02/01/02    2,042.00     2,042.00          0.00           0.00
010     451219 S8      01/01/02    2,042.00     2,042.00          0.00           0.00
011     447846 S8      12/01/01    2,042.00     2,042.00          0.00           0.00
012     Z03642 S8      11/09/01        0.00       538.00      5,918.00      -6,456.00
013     444566 S8      11/01/01    2,021.00     2,021.00          0.00           0.00
014     441235 S8      10/01/01    2,021.00     2,021.00          0.00           0.00

Valid modes are: ./ACDILSOMRU123456?. 123456 same as ACDILS. .update
/exit Add Change Delete Insert Look Search cOpy Move soRt Undo_sort ?help.

Vend# 000930        Description or sort name LOWE, HELEN

(C)                        Vendor Payments
        Mode:C Line#:15    #Lines:57
Ln# D A Check# Bank      Check Dt   Check Amt    Total HAP   Pos. Adj.    Neg. Adj.    HW
015     437958 S8        09/01/01    3,056.00     2,021.00    4,842.00   -3,807.00
016     Z92343 S8        08/24/01        0.00       423.00    3,384.00   -3,807.00
017     Z90740 S8        08/10/01        0.00       423.00    3,384.00   -3,807.00
018     434738 S8        08/01/01    1,906.00     1,906.00        0.00        0.00
019     431489 S8        07/01/01    1,906.00     1,906.00        0.00        0.00
020     428225 S8        06/01/01    1,906.00     1,906.00        0.00        0.00
021     424892 S8        05/01/01    1,906.00     1,906.00        0.00        0.00
022     423430 S8        04/13/01    3,100.00     1,483.00    4,449.00   -2,832.00
023     421541 S8        04/01/01    1,131.00     1,131.00        0.00        0.00
024     418093 S8        03/01/01    1,131.00     1,131.00        0.00        0.00
025     Z76238 S8        02/16/01        0.00       708.00      708.00   -1,416.00
026     414676 S8        02/01/01    1,131.00     1,131.00        0.00        0.00
027     411207 S8        01/01/01    1,131.00     1,131.00        0.00        0.00
028     409671 S8        12/08/00       16.00       423.00        0.00     -407.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

        Vend# 000930        Description or sort name LOWE, HELEN

(C)                              Vendor Payments
            Mode:C Line#:29    #Lines:57
Ln# D A Check# Bank     Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
029     407722 S8       12/01/00     1,482.00     1,482.00         0.00         0.00
030     404284 S8       11/01/00     1,482.00     1,482.00         0.00         0.00
031     400829 S8       10/01/00     1,482.00     1,482.00         0.00         0.00
032     397423 S8       09/01/00     1,482.00     1,482.00         0.00         0.00
033     394069 S8       08/01/00     1,482.00     1,482.00         0.00         0.00
034     390747 S8       07/01/00     1,482.00     1,482.00         0.00         0.00
035     388925 S8       06/12/00       444.00     1,075.00     5,375.00    -6,006.00
036     387263 S8       06/01/00     1,408.00     1,408.00         0.00         0.00
037     384217 S8       05/01/00     1,408.00     1,408.00         0.00         0.00
038     381191 S8       04/01/00     1,408.00     1,408.00         0.00         0.00
039     378163 S8       03/01/00     1,408.00     1,408.00         0.00         0.00
040     375155 S8       02/01/00     1,408.00     1,408.00         0.00         0.00
041     372191 S8       01/01/00     1,408.00     1,408.00         0.00         0.00
042     369219 S8       12/01/99     1,395.00     1,395.00         0.00         0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930          Description or sort name LOWE, HELEN

(C)                           Vendor Payments
          Mode:C Line#:43    #Lines:57
Ln# D A Check# Bank     Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
043     366234 S8       11/01/99    1,422.00     1,422.00         0.00         0.00
044     363213 S8       10/01/99    1,422.00     1,422.00         0.00         0.00
045     360240 S8     V*09/01/99      424.00     1,422.00         0.00      -998.00
046     357276 S8       08/01/99    2,303.00     2,303.00         0.00         0.00
047     354279 S8       07/01/99    2,303.00     2,303.00         0.00         0.00
048     351302 S8       06/01/99    2,303.00     2,303.00         0.00         0.00
049     348416 S8       05/01/99    2,303.00     2,303.00         0.00         0.00
050     345536 S8       04/01/99    2,303.00     2,303.00         0.00         0.00
051     342683 S8       03/01/99    2,303.00     2,303.00         0.00         0.00
052     339833 S8       02/01/99    2,303.00     2,303.00         0.00         0.00
053     337007 S8       01/01/99    2,962.00     2,303.00       659.00         0.00
054     335558 S8       12/11/98      796.00       434.00       362.00         0.00
055     334234 S8       12/01/98    1,671.00     1,671.00         0.00         0.00
056     331515 S8       11/01/98    1,671.00     1,671.00         0.00         0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930        Description or sort name LOWE, HELEN

(C)                           Vendor Payments
        Mode:C Line#:1      #Lines:0
Ln# D A Check# Bank    Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
001    334234 S8       12/01/98    1,671.00     1,671.00         0.00         0.00
002    331515 S8       11/01/98    1,671.00     1,671.00         0.00         0.00
003    328607 S8       10/01/98    1,671.00     1,671.00         0.00         0.00
004    325757 S8       09/01/98    1,692.00     1,692.00         0.00         0.00
005    322923 S8       08/01/98    1,692.00     1,692.00         0.00         0.00
006    320141 S8       07/01/98    1,692.00     1,692.00         0.00         0.00
007    317346 S8       06/01/98    1,692.00     1,692.00         0.00         0.00
008    314583 S8       05/01/98    1,692.00     1,692.00         0.00         0.00
009    311867 S8       04/01/98    1,692.00     1,692.00         0.00         0.00
010    309177 S8       03/01/98    1,692.00     1,692.00         0.00         0.00
011    306498 S8       02/01/98    1,692.00     1,692.00         0.00         0.00
012    303101 S8       01/01/98    1,692.00     1,692.00         0.00         0.00
013    300433 S8       12/01/97    1,545.00     1,545.00         0.00         0.00
014    297759 S8       11/01/97    1,545.00     1,545.00         0.00         0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930        Description or sort name LOWE, HELEN

(C)                            Vendor Payments
            Mode:C Line#:15  #Lines:59
Ln# D A Check# Bank    Check Dt   Check Amt   Total HAP  Pos. Adj.   Neg. Adj.   HW
015     295087 S8     10/01/97    1,545.00    1,545.00       0.00        0.00
016     292417 S8     09/17/97    1,545.00    1,545.00       0.00        0.00
017     289729 S8     08/01/97    1,545.00    1,545.00       0.00        0.00
018     287038 S8     07/01/97    1,545.00    1,545.00       0.00        0.00
019     284242 S8     06/01/97    1,545.00    1,545.00       0.00        0.00
020     281540 S8     05/01/97    1,545.00    1,545.00       0.00        0.00
021     278804 S8     04/01/97    1,545.00    1,545.00       0.00        0.00
022     276077 S8     03/01/97    1,545.00    1,545.00       0.00        0.00
023     008982 S8     02/07/97      120.00      670.00     670.00    -1,220.00
024     273368 S8     02/01/97    1,485.00    1,485.00       0.00        0.00
025     008842 S8     01/17/97       18.00      875.00       0.00      -857.00
026     270642 S8     01/01/97    1,467.00    1,467.00       0.00        0.00
027     267920 S8     12/01/96    1,649.00    1,649.00       0.00        0.00
028     265183 S8     11/01/96    1,649.00    1,649.00       0.00        0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

```
    Vend# 000930          Description or sort name LOWE, HELEN

(C)                          Vendor Payments
            Mode:C Line#:29  #Lines:59
Ln# D A Check# Bank    Check Dt   Check Amt   Total HAP  Pos. Adj.   Neg. Adj.   HW
029     262433 S8     10/01/96    1,649.00    1,649.00        0.00        0.00
030     259705 S8     09/01/96    1,649.00    1,649.00        0.00        0.00
031     256965 S8     08/01/96    1,649.00    1,649.00        0.00        0.00
032     254191 S8     07/01/96    1,649.00    1,649.00        0.00        0.00
033     251453 S8     06/01/96    1,649.00    1,649.00        0.00        0.00
034     248739 S8     05/01/96    1,743.00    1,743.00        0.00        0.00
035     246611 S8     04/01/96    1,743.00    1,743.00        0.00        0.00
036     243910 S8     03/01/96    1,743.00    1,743.00        0.00        0.00
037     241221 S8     02/01/96    1,743.00    1,743.00        0.00        0.00
038     238554 S8     01/01/96    1,548.00    1,548.00        0.00        0.00
039     005170 S8     12/08/95    1,194.00      597.00      597.00        0.00
040     235913 S8     12/01/95      886.00      951.00      951.00   -1,016.00
041     233285 S8     11/01/95    1,016.00    1,016.00        0.00        0.00
042     229958 S8     10/01/95   12,117.00    1,557.00   10,560.00        0.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

     Vend# 000930        Description or sort name LOWE, HELEN

(C)                            Vendor Payments
          Mode:C Line#:43    #Lines:59
Ln# D A Check# Bank    Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
043    004341 S8      09/18/95   13,440.00      960.00   12,480.00        0.00
044    227375 S8      09/01/95      597.00      597.00        0.00        0.00
045    224726 S8      08/01/95      597.00      597.00        0.00        0.00
046    221881 S8      07/01/95      597.00      597.00        0.00        0.00
047    220458 S8      06/19/95       28.00      597.00        0.00     -569.00
048    219164 S8      06/01/95      569.00      569.00        0.00        0.00
049    216677 S8      05/01/95      569.00      569.00        0.00        0.00
050    214222 S8      04/01/95      569.00      569.00        0.00        0.00
051    211798 S8      03/01/95      569.00      569.00        0.00        0.00
052    209364 S8      02/01/95      569.00      569.00        0.00        0.00
053    206927 S8      01/01/95      569.00      569.00        0.00        0.00
054    204448 S8      12/01/94      569.00      569.00        0.00        0.00
055    202055 S8      11/01/94      569.00      569.00        0.00        0.00
056    199643 S8      10/01/94      569.00      569.00        0.00        0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930            Description or sort name LOWE, HELEN

(C)                          Vendor Payments
        Mode:C Line#:57  #Lines:59
Ln# D A Check# Bank    Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
057      197250 S8     09/01/94     569.00      569.00        0.00        0.00
058      195659 S8     08/23/94       0.00        0.00        0.00        0.00
059      194361 S8     08/01/94     569.00      569.00        0.00        0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 663229 | $1,504.00 | 4/10/2006 | 4/1/2006 |

| Customer Data | | GL Category | CD VoiID/CIMS Key | CD Label |
|---------------|---|-------------|--------------------|----------|
| | | | 20060430161701 | 20060430161701 |

8/15/2007    2:39:14 PM



NOTICE TO CASHIER: BE SURE WATERMARK IS ON REVERSE SIDE BEFORE CASHING

**HOUSING AUTHORITY OF CITY &**
**COUNTY OF SAN FRANCISCO**
**440 TURK STREET**
**SAN FRANCISCO, CALIF. 94102**
**HOUSING ASSISTANCE PAYMENTS**

**usbank**

980 NINTH STREET
SACRAMENTO, CA 95814

90-2267/1211

| DATE | CHECK NO. | PAY THIS AMOUNT |
|------|-----------|-----------------|
| 03/01/06 | 659076 | ****1,504.00 |

ONE-THOUSAND FIVE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

VOID AFTER 90 DAYS

HELEN LOWE   000930
P.O. BOX 320644
SAN FRANCISCO, CA 94132

*George R. Brown*

⑈659076⑈ ⑆121122676⑆ 153492569972⑈          ⑆0000150400⑆

---

BANK OF AMERICA, NA SFC
▶121000358◀ 63811 99 34
63/02/06

0160389437

5035-20
121000358

123000220 03932006 5124
S/T 090 10 05 PKT 7
ACCT 17 10835 18609569
5037977933

ENDORSE HERE X

DO NOT WRITE OR STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION ONLY

*Helen Lowe*

---

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 659076 | $1,504.00 | 3/3/2006 | 3/1/2006 |

| Customer Data | | GL Category | CD VolID/CIMS Key | CD Label |
|---------------|--|-------------|-------------------|----------|
| | | | 20060331230701 | 20060331230701 |

---



---

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 654917 | $1,504.00 | 2/17/2006 | 2/1/2006 |

| Customer Data | | GL Category | CD VoiID/CIMS Key | CD Label |
|---------------|--|-------------|-------------------|----------|
| | | | 20060228175101 | 20060228175101 |

8/15/2007    2:35:47 PM



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 646516 | $1,504.00 | 12/23/2005 | 12/1/2005 |

| Customer Data | | GL Category | CD VolID/CIMS Key | CD Label |
|---------------|--|-------------|-------------------|----------|
| | | | 20051231023901 | 20051231023901 |

8/15/2007    2:33:16 PM



HOUSING AUTHORITY OF CITY &
COUNTY OF SAN FRANCISCO
440 TURK STREET
SAN FRANCISCO, CALIF. 94102
HOUSING ASSISTANCE PAYMENTS

**US bank**
880 NINTH STREET
SACRAMENTO, CA 95814
90-2287/1211

| DATE | CHECK NO. | PAY THIS AMOUNT |
|------|-----------|-----------------|
| 10/01/05 | 638104 | ****1,504.00 |

ONE-THOUSAND FIVE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

VOID AFTER 90 DAYS

HELEN LOWE  000930
20 ALVISO ST
SAN FRANCISCO, CA 94127

George R. Brown

⑈638104⑈ ⑆121122676⑈ 153492569972⑈  ⑈0000150400⑈

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 638104 | $1,504.00 | 10/21/2005 | 10/1/2005 |

| Customer Data | | GL Category | CD VoiID/CIMS Key | CD Label |
|---------------|--|-------------|-------------------|----------|
| | | | 20051031193101 | 20051031193101 |

8/15/2007    2:32:03 PM



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date | |
|------|--------|---------|--------|-----------|------------|---|
| CD | 153492569972 | 633842 | $1,504.00 | 9/13/2005 | 9/1/2005 | |
| **Customer Data** | | | **GL Category** | **CD VoiID/CIMS Key** | **CD Label** | |
| | | | | 20050930155201 | 20050930155201 | |

8/15/2007    2:30:39 PM

**US bank**    980 NINTH STREET
SACRAMENTO, CA 95814    90-2267/1211

HOUSING AUTHORITY OF CITY &
COUNTY OF SAN FRANCISCO
440 TURK STREET
SAN FRANCISCO, CALIF. 94102
HOUSING ASSISTANCE PAYMENTS

| · DATE | CHECK NO. | PAY THIS AMOUNT |
|--------|-----------|------------------|
| 08/01/05 | 629459 | ****1,504.00 |

ONE-THOUSAND FIVE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

VOID AFTER 90 DAYS

HELEN LOWE    000930
70 ALVISO ST
SAN FRANCISCO, CA 94127

George R. Brown

⑈629459⑈ ⑆121122676⑆ 153492569972⑈    ⑆0000150400⑆

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 629459 | $1,504.00 | 8/19/2005 | 8/1/2005 |

| Customer Data | | GL Category | CD VolID/CIMS Key | CD Label |
|---------------|--|-------------|--------------------|----------|
| | | | 20050831153701 | 20050831153701 |

8/15/2007    2:27:09 PM



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date | | |
|------|--------|---------|--------|-----------|------------|--|--|
| CD | 153492569972 | 625116 | $704.00 | 7/13/2005 | 7/1/2005 | | |
| **Customer Data** | | | **GL Category** | **CD VolID/CIMS Key** | | **CD Label** | |
| | | | | 20050731220701 | | 20050731220701 | |

8/15/2007    2:26:01 PM



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date | | |
|------|--------|---------|--------|-----------|------------|---|---|
| CD | 153492569972 | 620784 | $1,904.00 | 6/17/2005 | 6/1/2005 | | |
| **Customer Data** | | | **GL Category** | **CD VolID/CIMS Key** | | **CD Label** | |
| | | | | 20050630145201 | | 20050630145201 | |

8/15/2007    2:25:00 PM

NOTICE TO CASHIER: BE SURE WATERMARK IS ON REVERSE SIDE BEFORE CASHING

| | usbank | 980 NINTH STREET SACRAMENTO, CA 95814 | 90-2287/1211 |
| HOUSING AUTHORITY OF CITY & COUNTY OF SAN FRANCISCO 440 TURK STREET SAN FRANCISCO, CALIF. 94102 HOUSING ASSISTANCE PAYMENTS | DATE | CHECK NO. | PAY THIS AMOUNT |
| | 05/01/05 | 616454 | ****1,904.00 |

ONE-THOUSAND NINE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

VOID AFTER 90 DAYS

HELEN LOWE   000930
70 ALVISO ST
SAN FRANCISCO, CA 94127

George R. Brown
Mgr

⑈616454⑈ ⑆121122676⑈ 153492569972⑈

⑈0000190400⑈

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 616454 | $1,904.00 | 5/16/2005 | 5/1/2005 |

| Customer Data | | GL Category | CD VolID/CIMS Key | CD Label |
|---------------|--|-------------|-------------------|----------|
| | | | 20050531031001 | 20050531031001 |



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 612117 | $1,904.00 | 4/18/2005 | 4/1/2005 |

| Customer Data | | GL Category | CD VolID/CIMS Key | CD Label |
|---------------|--|-------------|-------------------|----------|
| | | | 20050430072501 | 20050430072501 |

Report SBR540   Run 2136

SAN FRANCISCO HOUSING AUTHORITY

Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Descending Check Date from 05/01/2006 to 11/30/2006

15 AUG 2007 Page   1

| Bank / Check Date | Check# | Vendor | Payee.Name.(Check.Payable.to)......... / Additional.Payee.Name..... | #Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|---|---|---|---|
| Contracts: | ACC | Ty | Client Seq. Client.Name.(Last,.First,MI) Cd Unit.Street.Address........ | | | | | | HAP.Amount |
| Adjustments: | Adj.# ACC | Ty | Client Seq. Client.Name.(Last,.First,MI) : Adjustment.Description. | | | | | | Adj.Amount |
| SB 11/01/06 | A008038 | 000930 | HELEN LOWE | | | | | | |
| Contracts: | V91 | VR | 906709 0032 JOSHUA, LA'UTON R   151 MARGARET ST | 1 | 0 | 1,243.00 | 0.00 | 0.00 | 1,243.00 |
| | | | | | | | | | 1,243.00 |
| SB 09/01/06 | A004841 | 000930 | HELEN LOWE | | | | | | |
| Contracts: | V91 | VR | 906709 0032 JOSHUA, LA'UTON R   151 MARGARET ST | 1 | 0 | 1,243.00 | 0.00 | 0.00 | 1,243.00 |
| | | | | | | | | | 1,243.00 |
| SB 10/01/06 | A006045 | 000930 | HELEN LOWE | | | | | | |
| Contracts: | V91 | VR | 906709 0032 JOSHUA, LA'UTON R   151 MARGARET ST | 1 | 0 | 1,243.00 | 0.00 | 0.00 | 1,243.00 |
| | | | | | | | | | 1,243.00 |
| SB 08/01/06 | A003655 | 000930 | HELEN LOWE | | | | | | |
| Contracts: | V91 | VR | 906709 0032 JOSHUA, LA'UTON R   151 MARGARET ST | 1 | 0 | 1,243.00 | 0.00 | 0.00 | 1,243.00 |
| | | | | | | | | | 1,243.00 |
| SB 07/01/06 | A002522 | 000930 | HELEN LOWE | | | | | | |
| Contracts: | V91 | VR | 906709 0032 JOSHUA, LA'UTON R   151 MARGARET ST | 1 | 0 | 1,243.00 | 0.00 | 0.00 | 1,243.00 |
| | | | | | | | | | 1,243.00 |
| SB 06/01/06 | A001510 | 000930 | HELEN LOWE | | | | | | |
| Contracts: | V91 | VR | 906709 0031 JOSHUA, LA'UTON R   151 MARGARET ST | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| | | | | | | | | | 1,504.00 |
| SB 06/01/06 | A665756 | 000930 | HELEN LOWE | | | | | | |
| Contracts: | V91 | VR | 906709 0031 JOSHUA, LA'UTON R   151 MARGARET ST | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| | | | | | | | | | 1,504.00 |



Report SBR540    Run 2136
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 04/01/2006 to 04/30/2006

SAN FRANCISCO HOUSING AUTHORITY                                    15 AUG 2007 Page    1

```
Bank  Check#   Vendor   Payee.Name.(Check.Payable.to).........  #.Contrs  #.Adjmts  HAP.Total.  Pos.Aj.Tot  Neg.Aj.Tot  Check.Total
Check Date                Additional.Payee.Name................

Contracts:          ACC  Ty  Client  Seq.  Client.Name.(Last,.First.MI)  Unit.Street.Address.......                           HAP.Amount
                     ...  ..  ......  ....  ...........................   .........................                         ............

Adjustments:  Adj.#.  ACC  Ty  Client  Seq.  Client.Name.(Last,.First.MI)  Cd  Adjustment.Description.  Cur.Bal...            Adj.Amount
              ......   ...  ..  ......  ....  ...........................   ..  .....................   .........            ............

S8   A663229  000930  HELEN LOWE                                      1         0   1,504.00      0.00       0.00            1,504.00
04/01/06
Contracts:          V91  VR  906709  0031  JOSHUA, LA'UTON R          151 MARGARET ST                                        1,504.00
```

Report S8R540    Run 2136
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 03/01/2006 to 03/31/2006

SAN FRANCISCO HOUSING AUTHORITY
                                                        15 AUG 2007 Page   1

| Bank Check# Vendor | Payee.Name.(Check.Payable.to)........... | #.Contrs | #.Adjnts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|---|---|
| Check Date | Additional.Payee.Name............... | | | | | | |
| Contracts: | ACC  Ty  Client  Seq.  Client.Name.(Last.,First.Mi) | | | Unit.Street.Address............. | | | HAP.Amount |
| | ...  ...  ......  ....  .............................. | | | ................................ | | | .......... |
| Adjustments: Adj.#. | ACC  Ty  Client  Seq.  Client.Name.(Last.,First.Mi) | Cd | Adjustment.Description. | | | Cur Bal... | Adj.Amount |
| ...... | ...  ..  ......  ....  .............................. | .. | .............................. | | | .......... | .......... |
| S8  A659076  000930  HELEN LOWE | | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| 03/01/06 | | | | | | | |
| Contracts: | V91  VR  906709  0031  JOSHUA, LA'UTON R | | | 151 MARGARET ST | | | 1,504.00 |

By pts2 CCSS8 for pts2 KA2IM on 15:12:27 Aug 15 2007

Report S8R540     Run 2136
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 02/01/2006 to 02/28/2006

SAN FRANCISCO HOUSING AUTHORITY
15 AUG 2007  Page   1

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to).......... | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|------|--------|--------|------------------------------------------|----------|----------|------------|------------|------------|-------------|
| Check Date | | | Additional.Payee.Name............... | | | | | | |
| Contracts: | | | ACC  Ty  Client  Seq.  Client.Name.(Last,.First,.MI) | | | Unit.Street.Address........ | | | HAP.Amount |
| | | | ...  ...  Client  ...  ................................. | | | .................................. | | | ......... |
| Adjustments: | Adj.#. | ACC  Ty  Client  Seq.  Client.Name.(Last,.First,.MI) | Cd | | Adjustment.Description. | Cur.Bal... | | Adj.Amount |
| | ..... | ...  ...  Client  ...  ................................. | .. | | .................................. | ......... | | ......... |
| S8 | A654917 | 000930 | HELEN LOWE | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| 02/01/06 | | | | | | | | | |
| Contracts: | | V91  VR  906709  0031  JOSHUA, LA'UTON R | | | 151 MARGARET ST | | | 1,504.00 |

By pts2 CCSS8 for pts2 KAZIM on 15:12:01 AUG 15 2007

S8R540  Release CCSS8 5.3

```
Report SRR540   Run 2136                      SAN FRANCISCO HOUSING AUTHORITY                                    15 AUG 2007 Page   1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Descending Check Date from 01/01/2006 to 01/31/2006


Bank    Check#   Vendor   Payee.Name.(Check.Payable.to)........   #.Contrs  #.Adjmts  HAP.Total.  Pos.Aj.Tot  Neg.Aj.Tot  Check.Total
Check Date                Additional.Payee.Name.............

Contracts:               ACC   Ty   Client   Seq.   Client.Name.(Last,.First.Mi)      Unit.Street.Address...........              HAP.Amount
                         ...   ...  .......  ....   ...............................   ........................................   ...........
Adjustments:   Adj.#.    ACC   Ty   Client   Seq.   Client.Name.(Last,.First.Mi)  Cd  Adjustment.Description........             Adj.Amount
               ......     ...   ...  .......  ....   ...............................  ..  ...........................              ...........

SB      A251956  000930   HELEN LOWE                                                  1         1    1,504.00       0.00   -1,504.00        0.00
01/20/06
Contracts:               V91   VR   906709   0031   JOSHUA, LA'UTON R                     151 MARGARET ST                            1,504.00
Adjustments:   159769    V91   VR   906709   0031   JOSHUA, LA'UTON R              01  EXPIRED CONTRACTS                 0.00      -1,504.00
                                                                                       01/01/06-01/31/06

SB      A650669  000930   HELEN LOWE                                                  1         0    1,504.00       0.00       0.00     1,504.00
01/01/06   VOIDED
Contracts:               V91   VR   906709   0031   JOSHUA, LA'UTON R                     151 MARGARET ST                            1,504.00
```

SRR540   Release CCSS8 5.3                                                 By pts2 CCSS8 for pts2 KAZIM on 15:10:29 AUG 15 2007

Report SBR540    Run 2136                    SAN FRANCISCO HOUSING AUTHORITY                              15 AUG 2007  Page    1
Vendor Payments : HAP Checks to Vendors by Bank Code by Desending Check Date from 12/01/2005 to 12/31/2005

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to)........ | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
| Check Date | | | Additional.Payee.Name............... | | | | | | |

Contracts:

| | | ACC | Ty | Client | Seq. | Client.Name.(Last,.First,MI) | Unit.Street.Address........... | | | HAP.Amount |

Adjustments:  Adj.#.    ....    ACC  Ty  Client  Seq.  Client.Name.(Last,.First,MI)  Cd  Adjustment.Description.......  Cur Bal...  Adj.Amount
              ......     ...    ...  ..  .....   ....  ...........................  ..  ..........................  .........  .........

---

S8   A646516  000930  HELEN LOWE                                              1         0     1,504.00       0.00       0.00    1,504.00
12/01/05

| | | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R | 151 MARGARET ST | | | 1,504.00 |

Contracts:                                                                                                                   1,504.00

-----------------------------------------------------------------------------------------------------------------------------------------

Report SBR540    Run 2136                          SAN FRANCISCO HOUSING AUTHORITY                                    15 AUG 2007  Page   1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 11/01/2005 to 11/30/2005

| Bank Check# Vendor | Payee.Name.(Check.Payable.to).......... | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|---|---|
| Check Date | Additional.Payee.Name........... | | | | | | |
| Contracts: | ACC  Ty  Client  Seq.  Client.Name.(Last,.First.MI) | | | Unit.Street.Address.......... | | | HAP.Amount |
| | ..  ..  ......  ....  ............................. | | | ............................. | | | ......... |
| Adjustments: | Adj.#.  ACC  Ty  Client  Seq.  Client.Name.(Last,.First.MI)  Cd  Adjustment.Description..  Cur.Bal... | | | | | | Adj.Amount |
| | ......  ..  ..  ......  ....  .............................  ..  .......................  .......... | | | | | | ......... |

| SB  A642382 000930  HELEN LOWE | | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| 11/01/05  VOIDED | | | | | | | |
| Contracts: | V91  VR  906709  0031  JOSHUA, LA'UTON R | | | 151 MARGARET ST | | | 1,504.00 |

Report SBR540    Run 2136                SAN FRANCISCO HOUSING AUTHORITY                    15 AUG 2007    Page    1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 10/01/2005 to 10/31/2005

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to)........... | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
| Check Date | | | Additional.Payee.Name............. | | | | | | |

Contracts:

| ACC | Ty | Client | Seq. | Client.Name.(Last,.First,Mi) | | Unit.Street.Address...... | | | HAP.Amount |
| ... | .. | ...... | .... | ............................ | | ......................... | | | ........... |

Adjustments:

| Adj.# | ACC | Ty | Client | Seq. | Client.Name.(Last,.First,Mi) | Cd | Adjustment.Description. | Cur.Bal... | Adj.Amount |
| ...... | ... | .. | ...... | .... | ............................ | .. | ......................... | ......... | ........... |

| SB | A638104 | 000930 | HELEN LOWE | | | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| 10/01/05 | | | | | | | | | | | |

| V91 | VR | 906709 | 0051 | JOSHUA, LATUTON R | | 151 MARGARET ST | | | 1,504.00 |

Contracts:

Report SBR540    Run 2136                      SAN FRANCISCO HOUSING AUTHORITY                         15 AUG 2007  Page   1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 09/01/2005 to 09/30/2005

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to)......... | | #.Contrs | #.Adjnts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|------|--------|--------|------|------|----------|----------|-----------|-----------|-----------|-------------|
| Check.Date | | | Additional.Payee.Name... | | | | | | | |
| Contracts: | | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | | Unit.Street.Address......... | | | HAP.Amount |
| Adjustments: | Adj.#. | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | Cd | Adjustment.Description... | | Cur.Bal... | Adj.Amount |
| | ....... | ... | .. | ...... | ... | ....... | .. | ............. | | ....... | ....... |

| S8 | A633842 | 000930 | HELEN LOWE | | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
|----|---------|--------|------------|--|---|---|----------|------|------|----------|
| 09/01/05 | | | | | | | | | | |
| Contracts: | | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R | | 151 MARGARET ST | | | 1,504.00 |

Report SBR540   Run 2136                                    15 AUG 2007   Page   1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 08/01/2005 to 08/31/2005

SAN FRANCISCO HOUSING AUTHORITY

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to).......... | #.Contrs | #.Adjnts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|------|--------|--------|------------------------------------------|----------|----------|------------|------------|------------|-------------|
| Check.Date | | | Additional.Payee.Name.......... | | | | | | |
| Contracts: | | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | Unit.Street.Address............. | | HAP.Amount |
| | | ... | ... | ...... | .... | ............................... | ................................. | | ............ |
| Adjustments: | Adj.#. | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | Cd | Adjustment.Description. | Cur.Bal... | Adj.Amount |
| | ...... | ... | .. | ...... | .... | ............................... | .. | ............................ | .......... | ............ |

| SB | A629459 | 000930 | HELEN LOWE | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
|----|---------|--------|------------|---|---|----------|------|------|----------|
| 08/01/05 | | | | | | | | | |
| Contracts: | | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R | 151 MARGARET ST | | 1,504.00 |

Report SR8540    Run 2136

SAN FRANCISCO HOUSING AUTHORITY

15 AUG 2007    Page    1

Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 07/01/2005 to 07/31/2005

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to)........ | | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|------|--------|--------|---------------------------------------|--|----------|----------|------------|------------|------------|-------------|
| Check.Date | | | Additional.Payee.Name............... | | | | | | | |
| S8 | A625116 | 000930 | HELEN LOWE | | 1 | 1 | 1,504.00 | 0.00 | -800.00 | 704.00 |
| 07/01/05 | | | | | | | | | | |

| Contracts: | | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | | Unit.Street.Address......... | | | HAP.Amount |
|------------|--|-----|----|--------|------|------------------------------|--|------------------------------|--|--|-----------|
| | | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R | | 151 MARGARET ST | | | 1,504.00 |

| Adjustments: | | Adj.#. | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | Cd | Adjustment.Description. | | Cur Bal... | Adj.Amount |
|--------------|--|--------|-----|----|--------|------|------------------------------|----|-------------------------|--|-----------|-----------|
| | | 145798 | V91 | VR | 011128 | 0036 | LOWE (HB), JACQUELINE | 02 | CANCELLED CONTRACTS 05/01/05-06/30/05 | | 0.00 | -800.00 |

SBR540  Release CCSS8 5.3

Report SBR540  Run 2136                                                                15 AUG 2007  Page  1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 06/01/2005 to 06/30/2005

SAN FRANCISCO HOUSING AUTHORITY

| Bank  Check#  Vendor | Payee.Name.(Check.Payable.to)............ | #.Contrs  #.Adjmts  HAP.Total.  Pos.Aj.Tot  Neg.Aj.Tot  Check.Total |
|---|---|---|
| Check Date | Additional.Payee.Name................. | |

Contracts:                    ACC  Ty  Client  Seq.  Client.Name.(Last,.First,MI)  Unit.Street.Address...............  HAP.Amount
                              ...  ...  ......  ....  ...........................  ..........................  ..........

Adjustments:  Adj.#.  ACC  Ty  Client  Seq.  Client.Name.(Last,.First,MI)  Cd  Adjustment.Description.  Cur Bal...  Adj.Amount
              ......   ...  ..   ......  ....  ..........................   ..  ....................... ...........  ..........

SB  A620784  000930  HELEN LOWE                                    2        0    1,904.00      0.00        0.00    1,904.00
06/01/05

Contracts:    V91  VR  011128  0034  LOWE (HB), JACQUELINE      70 ALVISO ST LOWER                    400.00
              V91  VR  906709  0031  JOSHUA, LA'UTON R          151 MARGARET ST                    1,504.00

Report SBR540   Run 2136
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 05/01/2005 to 05/31/2005

SAN FRANCISCO HOUSING AUTHORITY
15 AUG 2007 Page   1

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to)........... | | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|------|--------|--------|------------------------------------------|--|----------|----------|------------|------------|------------|-------------|
| Check Date | | | Additional.Payee.Name.................. | | | | | | | |
| Contracts: | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | Unit.Street.Address............. | | | | HAP.Amount |
| Adjustments: | Adj.# | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.Mi) | Cd | Adjustment.Description. | Cur Bal... | Adj.Amount |

| SB | A616454 | 000930 | HELEN LOWE | | 2 | 0 | 1,904.00 | 0.00 | 0.00 | 1,904.00 |
|----|---------|--------|------------|--|---|---|----------|------|------|-----------|
| 05/01/05 | | | | | | | | | | |
| Contracts: | V91 | VR | 011128 | 0034 | LOWE (HB), JACQUELINE | 70 ALVISO ST LOWER | | | | 400.00 |
| | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R | 151 MARGARET ST | | | | 1,504.00 |

Report SBR540   Run 2136                                                SAN FRANCISCO HOUSING AUTHORITY                                    15 AUG 2007  Page  1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 04/01/2005 to 04/30/2005

| Bank Check# Vendor | Payee.Name.(Check.Payable.to)......... | #.Contrs #.Adjmts HAP.Total. Pos.Aj.Tot Neg.Aj.Tot Check.Total |
|---|---|---|
| Check Date | Additional.Payee.Name............... | |
| Contracts: | ACC Ty Client Seq. Client.Name.(Last,.First,MI) | Unit.Street.Address.................. HAP.Amount |
| | ... ... ...... ....  ....................... | ...................................  .......... |
| Adjustments: Adj.#. | ACC Ty Client Seq. Client.Name.(Last,.First,MI) Cd  Adjustment.Description... Cur.Bal... | Adj.Amount |
| ...... | .. ... ...... ....  ....................... ..  .....................  .......... | .......... |

| SB | A612117 000930 | HELEN LOWE | | | 2 | 0 | 1,904.00 | 0.00 | 0.00 | 1,904.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/05 | | | | | | | | | | |

Contracts:
|  |  | V91 VR 011128 0034 | LOWE (HB), JACQUELINE | 70 ALVISO ST LOWER | 400.00 |
|---|---|---|---|---|---|
|  |  | V91 VR 906709 0031 | JOSHUA, LA'UTON R | 151 MARGARET ST | 1,504.00 |

HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS
VENDOR: Helen Lowe, #930
CLIENT: La'uton Joshua, #906709

| Date of Check | Check Number | Paid HAP |
|---|---|---|
| 8/1/2006 | 3655 | 1,243.00 |
| 7/1/2006 | 2522 | 1,243.00 |
| 6/1/2006 | 1510 | 1,504.00 |
| 5/1/2006 | 665756 | 1,504.00 |
| 4/1/2006 | 663229 | 1,504.00 |
| 3/1/2006 | 659076 | 1,504.00 |
| 2/1/2006 | 654917 | 1,504.00 |
| 1/1/2006 | 650669 | 1,504.00 |
| 12/1/2005 | 646516 | 1,504.00 |
| 11/1/2005 | 642382 | 1,504.00 |
| 10/1/2005 | 638104 | 1,504.00 |
| 9/1/2005 | 633842 | 1,504.00 |
| 8/1/2005 | 629459 | 1,504.00 |
| 7/1/2005 | 625116 | 1,504.00 |
| 6/1/2005 | 620784 | 1,504.00 |
| 5/1/2005 | 616454 | 1,504.00 |
| 4/1/2005 | 612117 | 1,504.00 |
| 3/1/2005 | 607595 | 1,504.00 |
| 2/1/2005 | 603305 | 1,504.00 |
| 1/1/2005 | 598899 | 1,504.00 |
| 12/1/2004 | 594389 | 1,504.00 |
| 11/1/2004 | 590096 | 1,504.00 |
| 10/1/2004 | 585649 | 1,504.00 |
| 9/17/2004 | 583436 | 1,504.00 |
| 8/1/2004 | 576624 | 1,504.00 |
| 7/1/2004 | 572171 | 1,504.00 |
| 6/1/2004 | 567784 | 1,504.00 |
| 5/1/2004 | 563376 | 1,504.00 |
| 4/1/2004 | 558864 | 1,504.00 |
| 3/1/2004 | 554339 | 1,504.00 |
| 2/1/2004 | 550023 | 1,504.00 |
| 1/1/2004 | 545607 | 1,504.00 |
| 12/1/2003 | 541224 | 1,504.00 |
| 11/1/2003 | 536923 | 1,504.00 |
| 10/1/2003 | 532472 | 1,504.00 |
| 9/1/2003 | 528064 | 1,504.00 |
| 8/1/2003 | 523720 | 1,504.00 |
| 7/1/2003 | 519450 | 1,504.00 |
| 6/1/2003 | 515067 | 1,504.00 |
| 5/1/2003 | 510751 | 1,504.00 |
| 4/1/2003 | 506449 | 1,504.00 |
| 3/1/2003 | 502232 | 1,504.00 |
| 2/1/2003 | 498116 | 1,504.00 |
| 1/1/2003 | 494173 | 1,504.00 |
| 12/1/2002 | 490294 | 1,504.00 |
| 11/1/2002 | 486606 | 1,504.00 |

| | | |
|---|---|---|
| 10/1/2002 | 482919 | 1,504.00 |
| 9/1/2002 | 479298 | 1,504.00 |
| 8/1/2002 | 475686 | 1,504.00 |
| 7/1/2002 | 472146 | 1,504.00 |
| 6/1/2002 | 468688 | 1,504.00 |
| 5/1/2002 | 465176 | 1,504.00 |
| 4/1/2002 | 461723 | 1,504.00 |
| 3/1/2002 | 458240 | 1,504.00 |
| 2/1/2002 | 454720 | 1,504.00 |
| 1/1/2002 | 451219 | 1,504.00 |
| 12/1/2001 | 447846 | 1,504.00 |
| 11/1/2001 | 444566 | 1,483.00 |
| 10/1/2001 | 441235 | 1,483.00 |
| 9/1/2001 | 437958 | 1,483.00 |
| 8/1/2001 | 434738 | 1,483.00 |
| 7/1/2001 | 431489 | 1,483.00 |
| 6/1/2001 | 428225 | 1,483.00 |
| 5/1/2001 | 424892 | 1,483.00 |
| 4/13/2001 | 423430 | 3,100.00 |
| 4/1/2001 | 421541 | 708.00 |
| 3/1/2001 | 423430 | 708.00 |
| 2/1/2001 | 414676 | 708.00 |
| 1/1/2001 | 411207 | 708.00 |
| 12/1/2000 | 407722 | 1,075.00 |
| 11/1/2000 | 404284 | 1,075.00 |
| 10/1/2000 | 400829 | 1,075.00 |
| 9/1/2000 | 397423 | 1,075.00 |
| 8/1/2000 | 394069 | 1,075.00 |
| 7/1/2000 | 390747 | 1,075.00 |
| 6/12/2000 | 388925 | 444.00 |
| 6/1/2000 | 387263 | 1,001.00 |
| 5/1/2000 | 384217 | 1,001.00 |
| 4/1/2000 | 381191 | 1,001.00 |
| 3/1/2000 | 378163 | 1,001.00 |
| 2/1/2000 | 375155 | 1,001.00 |
| 1/1/2000 | 372191 | 1,001.00 |
| 12/1/1999 | 369219 | 988.00 |
| 11/1/1999 | 366234 | 988.00 |
| 10/1/1999 | 363213 | 988.00 |
| 9/1/1999 | 360240 | 988.00 |
| 8/1/1999 | 357276 | 988.00 |
| 7/1/1999 | 354279 | 988.00 |
| 6/1/1999 | 351302 | 988.00 |
| 5/1/1999 | 348416 | 988.00 |
| 4/1/1999 | 345536 | 988.00 |
| 3/1/1999 | 342683 | 988.00 |
| 2/1/1999 | 339833 | 988.00 |
| 1/1/1999 | 337007 | 1,647.00 |
| 12/1/1998 | 334234 | 790.00 |
| | $ | 127,724.00 |

```
127,724.00
126,934.00
    790.00
```