```
STUART HANLON, Esq. CSBN: 066104
LAW OFFICES OF STUART HANLON
179 11th Street, 2nd Floor
San Francisco, CA 94103
PH: (415) 864-5600
FAX: (415) 865-0376
Email: stuart@stuarthanlonlaw.com

Attorney for Defendant
LAUTON JOSHUA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>LAUTON JOSHUA,<br><br>　　　Defendant. | No. CR-07-0555 WHA<br><br>**SUPPLEMENTAL EXHIBIT IN SUPPORT OF DEFENDANT'S MEMORANDUM RE SENTENCING**<br><br>Date: May 20, 2008<br>Time: 2:00 p.m.<br>Ctrm: Hon. William H. Alsup |

　　　The defendant herein submits the following letters in support of her Sentencing Memorandum filed on May 13, 2008.

Dated: May 15, 2008　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　s/Stuart Hanlon, CSBN: 66104
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　LAUTON JOSHUA
　　　　　　　　　　　　　　　　　　　　179 - 11th Street, 2nd Fl,
　　　　　　　　　　　　　　　　　　　　San Francisco CA 94103
　　　　　　　　　　　　　　　　　　　　415/864-5600
　　　　　　　　　　　　　　　　　　　　stuart@stuarthanlonlaw.com



## Conflict Resolution, Education and Employment Services

*"Give a man a fish and he'll eat for a day; teach him how to fish and he'll eat for a lifetime."*

May 12, 2008

**To the Honorable Judge William Alsup:**

As the Executive Director of CREES, a non-profit organization serving youth and young adults in the Western Addition community of San Francisco, I am writing this letter in support of Ms. La'uton Wells who I have known for approximately the last four years. Ms. Wells is currently a board member and Secretary on our Board of Directors. Ms. Wells requested a meeting with me prior to a scheduled board meeting in October 2007 to discuss her situation concerning her legal matters and offer her letter of resignation. Ms. Wells informed me of the details of her indictment and the possible sentencing guideline the federal court uses. During our meeting, her admission and her descriptive remorse for what she had did was evident to me and made me feel compelled to write this letter.

I feel that it is utterly important that I write this letter so that you can have a clear and accurate picture of the young lady before you. Also important is that you understand her worth to the community in which she serves as a volunteer. I have addressed her accomplishments as a volunteer and member of our Board in a line item format and all of her contributions to our organization so that you may see her value to our organization. Ms. Wells has:

- Helped obtain our 501(c) 3 non profit status
- Assisted in the development and writing of our Bylaws and Articles of Incorporation
- Restructured our Mission Statement
- Restructured our Outreach component
- Helped organize and structure our business banking
- Played a crucial role in the development of the content for our web site
- Provided valuable assistance in the opening of a group home for disadvantaged young boys ages 14-17 (ongoing)

Ms. Wells' contribution in helping disadvantaged young adults is invaluable. The fortitude of how successful CREES has been is largely due to the input Ms. Wells has provided as a volunteer to our organization. Most recently, Ms. Wells was asked to lead our girls group; however, she has informed us that this must be postponed pending the outcome of her case. It is completely understood that her life rest in your hands as well as the continued achievement of

(415) 503-1910

691 Hayes Street
San Francisco, CA 94102

creesproject@gmail.com   www.creesproject.com

our organization. The impact of your decision goes further than punishing Ms. Wells. A prison sentence for Ms. Wells will definitely have a negative impact on the community in which we serve.

The services that CREES provides are directed at reducing violence in community by providing resources to assist youth and young adults that are undereducated, under-employed, impoverished, and disenfranchised. CREES provides assistance obtaining drivers licenses, enter into a General Education Development (G.E.D.) program, life skills training, and obtain career sustaining employment opportunities with local unions and collaborative partners. Our objective is to help these individuals while easing the financial burden of the government. With Ms. Wells' assistance, the infrastructure of CREES has continued to progress. Her creative insight, administrative skills; and most noteworthy, her commitment to make a difference in the community is evident as the crime rate in the Western Addition community (particularly in the Hayes Valley community of San Francisco) has shown a decline.

Your Honor our plea to you is because this is Ms. Wells' first offense and her remorse has been obvious in the eyes of all of our board members and the community we serve. Ms. Wells has a caring spirit and is a very respectable person and mentor. Good people make bad decisions and I truly believe, in this case, that is exactly what has happened.

Your Honor Mrs. Wells would service no one if incarcerated, however, if she is allowed to continue her volunteer services to CREES she will continue to be instrumental in saving lives and making a difference in society. We ask that you strongly considered her contributions to our organization and society when making a sentence. We are aware and respect your experience on the bench, and we pray that you will consider all reasonable alternatives. We respectfully request that you trust our view of Ms. Wells and consider her value to our community.

Sincerely,

James Hooker
Executive Director

**San Francisco Recreation & Parks** | McLaren Lodge, Golden Gate Park, 501 Stanyan Street, San Francisco CA 94117
TEL 415.831.2700   WEB parks.sfgov.org



April 30, 2008

Jacqueline Battle
Assistant Supervisor
San Francisco Recreation and Parks Department
501 Stanyan Street
San Francisco, CA 94117

To the Honorable Judge William Alsup:

I am writing this letter on behalf of Lauton Wells. My name is Jacqueline Battle and I have been employed with the City and County of San Francisco as an Assistant Supervisor for the San Francisco Recreation and Park Department since 1978.

I have known Lauton since 1989 as a volunteer and a friend. She recently made me aware of the offense that she has admitted to committing and I sincerely witnessed her remorse and how ashamed she was of her actions.

During my years knowing Lauton she has proven to be a prudent, conscientious, hardworking and caring person. After she got married, while attending college at night, she worked very hard at several jobs to establish herself and her family. While assisting me in special recreational events, Lauton has demonstrated that she is a hardworking, loving, and caring person who tries to succeed in everything she puts her mind to.

During these pass few months I somehow got the impression that Lauton feels her mistake has destroyed her and her family eternally. I have had to reassure Lauton that God is aware of her error and that God forgives. I explained that God knows your reasons and you've asked him for forgiveness and God forgives. God knows Lauton's heart as I do, and everyone that knows her knows she has a good heart. I know Lauton very well and I believe that she is truly remorseful, she has stated that her bad choice is the worst thing she has ever did in her life, and her emotions show that.

As a recreation director and currently an assistant supervisor, I have 30 years experience working predominantly in disadvantaged areas of San Francisco

where there is a higher percentage of crime. In this capacity I am exposed to individuals who engage in criminal activity and have a propensity to break the law. Lauton's character and her volunteer work prior to and during this incident demonstrate the type of character that does not even come close to these individuals. She is dedicated to her family as well as the community.

Lauton is an honest and decent person who is remorseful and I would not expect to ever find her in trouble with the law again. I feel that prison time will not help Lauton in the least bit. I don't just state this due to our friendship but I truly believe this to be true.

Placing Lauton in such an environment with negative influences in the atmosphere will just have a negative effect. Not only will it negatively effect the youth that she is involved with in the community, but also it will have a detrimental impact on the community as a whole. I feel that it would be in everyone's best interest to allow Lauton to stay out of jail. There must be some other alternative in the justice system. Lauton is trustworthy and caring, I ask that you consider all the circumstances involved and the impact your decision will have on everyone.

Respectfully,

Jacqueline Battle
Assistant Supervisor
(415) 205-5971

# Solano County Bar Association

744 Empire Street, Suite 201, Fairfield, CA 94533
(707) 422-5087 fax (707) 422-3860

**2008**
President: Robert Javan
Vice President: Christine Carringer
Secretary: Carrie Keefe-Scarlata
Treasurer: Steve Gizzi
Past President: Robert Stalker

January 2, 2008

Lauton Wells
1699 Wortell Drive
Lincoln, CA 95648

To who it may concern;

This is to confirm that Ms. Wells has served the Solano County Bar Association as a volunteer mediator for the last 7 years. We have found her to be reliable, conscientious, and personable. Lauton's mediation skills have enabled her to successfully resolve many disputes over the years and contributed greatly to the success of the Solano County Bar Association's Alternative Dispute Resolution program.

Please do not hesitate to call if we can be of further assistance, 707-422-5087.

Yours sincerely

Julie Hilt
Executive Director