# EXHIBIT A



# SAN FRANCISCO HOUSING AUTHORITY
SECTION 8 HOUSING DEPARTMENT
1815 EGBERT STREET
SAN FRANCISCO, CA 94124 • (415) 715-3280 • Fax (415) 715-5991

May 13, 2008

James Luu
Inspector General's Office
U.S. Department of Housing and
    Urban Development
600 Harrison Street, 3rd Floor
San Francisco, CA 94107-1300

RE:    Section 8 Housing Choice Voucher Program
       La'uton Joshua

Dear Mr. Luu:

I am the Administrator of the Section 8 Department for the San Francisco Housing Authority (SFHA). I have been in this position since September of 2004. Prior to that, I was the Special Programs Manager for seven years and in all have been employed by the San Francisco Housing Authority for approximately twenty years.

In my capacity, I have direct knowledge of payments made to property owners who are receiving payments under the Section 8 housing program. I also have access to computerized information documenting those payments. The SFHA utilizes a software program know as Creative Computer Solutions (CCS). This software package ensures that payments are made to owners participating in the Section 8 program and also ensures the accurate reporting of such payments to the U.S. Department of Housing and Urban Development using General Accepted Accounting Principles (GAAP). This is the data base used to retrieve the information regarding payments made to landlord, Helen Lowe, on behalf of tenant, La'uton Joshua. My accountant, Rosalina Oiga, went through each payment line by line and retrieved all data regarding payments made to Helen Lowe.

The material presented as evidence of payment includes (1) a spreadsheet generated to summarize the pages of payments printed out form the CCS system that reflect the actual payments made to the landlord Helen Lowe from 8/1 1994 to 8/1/2006; (2) actual screen prints from the CCS data base that include information regarding the check number and check amount for the specific time frame; and (3) sample copies of cancelled checks and the check registers generated whenever there is a check run as a record of all payments generated as evidence of payments being made and received. See attachments to Exhibit A, attached hereto.

From the evidence in the records, it is clear that the SFHA has made payments of $163,660 to Ms. Helen Lowe on behalf of La'uton Joshua. More specifically, SFHA made payments of $127,724.00 from December 1998 through August 2006 and made payments of $122,944.00 from January 1999 through May 2006. See attachments to Exhibit A.

In approximately June 2006, there is evidence to indicate that Ms. Joshua requested to move from her Section 8 housing unit in the way of a comment I made in an email. However, the SFHA is unable to locate any documentation regarding that request or SFHA's follow-up on the request. The assumption is that she informed staff of her move and I passed on this information to the Inspector General's Office, but she never followed through with any documentation. However, even if the payments that SFHA made to Helen Lowe from June 2006 through August 2006 are discounted, the total payment by SFHA to Helen Lowe from December 1998 through May 2006 was $123,734.00.

I swear under penalty of perjury that to the best of my knowledge this information is true, complete and accurate.

Tony Ecciferri
Administrator, Section 8 Housing Department

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

VENDOR : Helen Lowe, #930

CLIENT: La'uton Joshua, #906709

| Date of Check | Check Number | Paid HAP |
|---|---|---|
| 8/1/2006 | 3655 | $ 1,243.00 |
| 7/1/2006 | 2522 | 1,243.00 |
| 6/1/2006 | 1510 | 1,504.00 |
| 5/1/2006 | 665756 | 1,504.00 |
| 4/1/2006 | 663229 | 1,504.00 |
| 3/1/2006 | 659076 | 1,504.00 |
| 2/1/2006 | 654917 | 1,504.00 |
| 1/1/2006 | 650669 | 1,504.00 |
| 12/1/2005 | 646516 | 1,504.00 |
| 11/1/2005 | 642382 | 1,504.00 |
| 10/1/2005 | 638104 | 1,504.00 |
| 9/1/2005 | 633842 | 1,504.00 |
| 8/1/2005 | 629459 | 1,504.00 |
| 7/1/2005 | 625116 | 1,504.00 |
| 6/1/2005 | 620784 | 1,504.00 |
| 5/1/2005 | 616454 | 1,504.00 |
| 4/1/2005 | 612117 | 1,504.00 |
| 3/1/2005 | 607595 | 1,504.00 |
| 2/1/2005 | 603305 | 1,504.00 |
| 1/1/2005 | 598899 | 1,504.00 |
| 12/1/2004 | 594389 | 1,504.00 |
| 11/1/2004 | 590096 | 1,504.00 |
| 10/1/2004 | 585649 | 1,504.00 |
| 9/17/2004 | 583436 | 1,504.00 |
| 8/1/2004 | 576624 | 1,504.00 |
| 7/1/2004 | 572171 | 1,504.00 |
| 6/1/2004 | 567784 | 1,504.00 |
| 5/1/2004 | 563376 | 1,504.00 |
| 4/1/2004 | 558864 | 1,504.00 |
| 3/1/2004 | 554339 | 1,504.00 |
| 2/1/2004 | 550023 | 1,504.00 |
| 1/1/2004 | 545607 | 1,504.00 |
| 12/1/2003 | 541224 | 1,504.00 |
| 11/1/2003 | 536923 | 1,504.00 |
| 10/1/2003 | 532472 | 1,504.00 |
| 9/1/2003 | 528064 | 1,504.00 |
| 8/1/2003 | 523720 | 1,504.00 |
| 7/1/2003 | 519450 | 1,504.00 |
| 6/1/2003 | 515067 | 1,504.00 |
| 5/1/2003 | 510751 | 1,504.00 |
| 4/1/2003 | 506449 | 1,504.00 |
| 3/1/2003 | 502232 | 1,504.00 |
| 2/1/2003 | 498116 | 1,504.00 |
| 1/1/2003 | 494173 | 1,504.00 |
| 12/1/2002 | 490294 | 1,504.00 |
| 11/1/2002 | 486606 | 1,504.00 |

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

| VENDOR : Helen Lowe, #930 |
|---|

| CLIENT: La'uton Joshua, #906709 |
|---|

| Date of Check | Check Number | Paid HAP |
|---|---|---|
| 10/1/2002 | 482919 | 1,504.00 |
| 9/1/2002 | 479298 | 1,504.00 |
| 8/1/2002 | 475686 | 1,504.00 |
| 7/1/2002 | 472146 | 1,504.00 |
| 6/1/2002 | 468688 | 1,504.00 |
| 5/1/2002 | 465176 | 1,504.00 |
| 4/1/2002 | 461723 | 1,504.00 |
| 3/1/2002 | 458240 | 1,504.00 |
| 2/1/2002 | 454720 | 1,504.00 |
| 1/1/2002 | 451219 | 1,504.00 |
| 12/1/2001 | 447846 | 1,504.00 |
| 11/1/2001 | 444566 | 1,483.00 |
| 10/1/2001 | 441235 | 1,483.00 |
| 9/1/2001 | 437958 | 1,483.00 |
| 8/1/2001 | 434738 | 1,483.00 |
| 7/1/2001 | 431489 | 1,483.00 |
| 6/1/2001 | 428225 | 1,483.00 |
| 5/1/2001 | 424892 | 1,483.00 |
| 4/13/2001 | 423430 | 3,100.00 |
| 4/1/2001 | 421541 | 708.00 |
| 3/1/2001 | 423430 | 708.00 |
| 2/1/2001 | 414676 | 708.00 |
| 1/1/2001 | 411207 | 708.00 |
| 12/1/2000 | 407722 | 1,075.00 |
| 11/1/2000 | 404284 | 1,075.00 |
| 10/1/2000 | 400829 | 1,075.00 |
| 9/1/2000 | 397423 | 1,075.00 |
| 8/1/2000 | 394069 | 1,075.00 |
| 7/1/2000 | 390747 | 1,075.00 |
| 6/12/2000 | 388925 | 444.00 |
| 6/1/2000 | 387263 | 1,001.00 |
| 5/1/2000 | 384217 | 1,001.00 |
| 4/1/2000 | 381191 | 1,001.00 |
| 3/1/2000 | 378163 | 1,001.00 |
| 2/1/2000 | 375155 | 1,001.00 |
| 1/1/2000 | 372191 | 1,001.00 |
| 12/1/1999 | 369219 | 988.00 |
| 11/1/1999 | 366234 | 988.00 |
| 10/1/1999 | 363213 | 988.00 |
| 9/1/1999 | 360240 | 988.00 |
| 8/1/1999 | 357276 | 988.00 |
| 7/1/1999 | 354279 | 988.00 |
| 6/1/1999 | 351302 | 988.00 |
| 5/1/1999 | 348416 | 988.00 |
| 4/1/1999 | 345536 | 988.00 |
| 3/1/1999 | 342683 | 988.00 |

R. Oiga

8/17/2006

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

| VENDOR : Helen Lowe, #930 |
|---|

| CLIENT: La'uton Joshua, #906709 |
|---|

| Date of Check | Check Number | Paid HAP |
|---|---|---|
| 2/1/1999 | 339833 | 988.00 |
| 1/1/1999 | 337007 | 1,647.00 |
| 12/1/1998 | 334234 | 790.00 |
| 11/1/1998 | 331515 | 790.00 |
| 10/1/1998 | 328607 | 790.00 |
| 9/1/1998 | 325757 | 790.00 |
| 8/1/1998 | 322923 | 790.00 |
| 7/1/1998 | 320141 | 790.00 |
| 6/1/1998 | 317346 | 790.00 |
| 5/1/1998 | 314583 | 790.00 |
| 4/1/1998 | 311867 | 790.00 |
| 3/1/1998 | 309177 | 790.00 |
| 2/1/1998 | 306498 | 790.00 |
| 1/1/1998 | 303101 | 790.00 |
| 12/1/1997 | 300433 | 670.00 |
| 11/1/1997 | 297759 | 670.00 |
| 10/1/1997 | 295087 | 670.00 |
| 9/1/1997 | 292417 | 670.00 |
| 8/1/1997 | 289729 | 670.00 |
| 7/1/1997 | 287038 | 670.00 |
| 6/1/1997 | 284242 | 670.00 |
| 5/1/1997 | 281540 | 670.00 |
| 4/1/1997 | 278804 | 670.00 |
| 3/1/1997 | 276077 | 670.00 |
| 2/17/1997 | 8982 | 120.00 |
| 2/1/1997 | 273368 | 610.00 |
| 1/1/1997 | 270642 | 610.00 |
| 12/1/1996 | 267920 | 792.00 |
| 11/1/1996 | 265183 | 792.00 |
| 10/1/1996 | 262433 | 792.00 |
| 9/1/1996 | 259705 | 792.00 |
| 8/1/1996 | 256965 | 792.00 |
| 7/1/1996 | 254191 | 792.00 |
| 6/1/1996 | 251453 | 792.00 |
| 5/1/1996 | 248739 | 792.00 |
| 4/1/1996 | 246611 | 792.00 |
| 3/1/1996 | 243910 | 792.00 |
| 2/1/1996 | 241221 | 792.00 |
| 1/1/1996 | 238554 | 597.00 |
| 12/8/1995 | 5170 | 597.00 |
| 11/1/1995 | 5170 | 597.00 |
| 10/1/1995 | 229958 | 597.00 |
| 9/1/1995 | 227375 | 597.00 |
| 8/1/1995 | 224726 | 597.00 |
| 7/1/1995 | 221881 | 597.00 |
| 6/19/1995 | 220458 | 28.00 |

# HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS

| VENDOR : Helen Lowe, #930 |
| --- |

| CLIENT: La'uton Joshua, #906709 |
| --- |

| Date of Check | Check Number | Paid HAP |
| --- | --- | --- |
| 6/1/1995 | 219164 | 597.00 |
| 5/1/1995 | 216677 | 569.00 |
| 4/1/1995 | 214222 | 569.00 |
| 3/1/1995 | 211798 | 569.00 |
| 2/1/1995 | 209364 | 569.00 |
| 1/1/1995 | 206927 | 569.00 |
| 12/1/1994 | 204448 | 569.00 |
| 11/1/1994 | 202055 | 569.00 |
| 10/1/1994 | 199643 | 569.00 |
| 9/1/1994 | 197250 | 569.00 |
| 8/1/1994 | 194361 | 569.00 |
| | **Total** | **$ 163,660.00** |

```
    Vend# 000930              Description or sort name LOWE, HELEN
                              NOTES ON FILE
  (C)                              Vendor Payments
        Mode:                 #Lines:49
  Ln# D A Check# Bank    Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
  001   A 003655 S8     08/01/06    1,243.00    1,243.00        0.00        0.00
  002   A 002522 S8     07/01/06    1,243.00    1,243.00        0.00        0.00
  003   A 001510 S8     06/01/06    1,504.00    1,504.00        0.00        0.00
  004   A 665756 S8     05/01/06    1,504.00    1,504.00        0.00        0.00
  005     663229 S8     04/01/06    1,504.00    1,504.00        0.00        0.00
  006     659076 S8     03/01/06    1,504.00    1,504.00        0.00        0.00
  007     654917 S8     02/01/06    1,504.00    1,504.00        0.00        0.00
  008     Z51956 S8     01/20/06        0.00    1,504.00        0.00   -1,504.00
  009     650669 S8     01/01/06    1,504.00    1,504.00        0.00        0.00
  010     646516 S8     12/01/05    1,504.00    1,504.00        0.00        0.00
  011     642382 S8     11/01/05    1,504.00    1,504.00        0.00        0.00
  012     638104 S8     10/01/05    1,504.00    1,504.00        0.00        0.00
  013     633842 S8     09/01/05    1,504.00    1,504.00        0.00        0.00
  014     629459 S8     08/01/05    1,504.00    1,504.00        0.00        0.00
```

Valid modes are: ./ACDILSOMRU123456?. 123456 same as ACDILS. .update
/exit Add Change Delete Insert Look Search cOpy Move soRt Undo_sort ?help.

```
      Vend# 000930              Description or sort name LOWE, HELEN
                          NOTES ON FILE
(C)                            Vendor Payments
           Mode:C Line#:15   #Lines:49
Ln# D A Check# Bank      Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
015    625116 S8       07/01/05       704.00     1,504.00        0.00      -800.00
016    620784 S8       06/01/05     1,904.00     1,904.00        0.00         0.00
017    616454 S8       05/01/05     1,904.00     1,904.00        0.00         0.00
018    612117 S8       04/01/05     1,904.00     1,904.00        0.00         0.00
019    607595 S8       03/01/05     1,904.00     1,904.00        0.00         0.00
020    603305 S8       02/01/05     1,904.00     1,904.00        0.00         0.00
021    598899 S8       01/01/05     1,904.00     1,904.00        0.00         0.00
022    594389 S8       12/01/04     1,904.00     1,904.00        0.00         0.00
023    590096 S8       11/01/04     1,904.00     1,904.00        0.00         0.00
024    585649 S8       10/01/04     1,911.00     1,911.00        0.00         0.00
025    583436 S8       09/17/04     1,911.00         0.00    1,911.00         0.00
026    581078 S8     V*09/01/04     1,911.00     1,911.00        0.00         0.00
027    576624 S8       08/01/04     1,911.00     1,911.00        0.00         0.00
028    572171 S8       07/01/04     1,911.00     1,911.00        0.00         0.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Case 3:07-cr-00555-WHA   Document 122   Filed 05/19/2008   Page 8 of 46
08/03 13:50

```
    Vend# 000930              Description or sort name LOWE, HELEN
                              NOTES ON FILE
(C)                               Vendor Payments
            Mode:C Line#:29  #Lines:49
Ln# D A Check# Bank    Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
029     567784 S8      06/01/04    1,911.00     1,911.00         0.00         0.00
030     563376 S8      05/01/04    1,911.00     1,911.00         0.00         0.00
031     558864 S8      04/01/04    1,911.00     1,911.00         0.00         0.00
032     554339 S8      03/01/04    1,911.00     1,911.00         0.00         0.00
033     550023 S8      02/01/04    1,911.00     1,911.00         0.00         0.00
034     545607 S8      01/01/04    1,911.00     1,911.00         0.00         0.00
035     541224 S8      12/01/03    1,911.00     1,911.00         0.00         0.00
036     536923 S8      11/01/03    1,911.00     1,911.00         0.00         0.00
037     532472 S8      10/01/03    1,911.00     1,911.00         0.00         0.00
038     528064 S8      09/01/03    1,911.00     1,911.00         0.00         0.00
039     523720 S8      08/01/03    1,911.00     1,911.00         0.00         0.00
040     519450 S8      07/01/03    1,911.00     1,911.00         0.00         0.00
041     515067 S8      06/01/03    1,911.00     1,911.00         0.00         0.00
042     510751 S8      05/01/03    1,911.00     1,911.00         0.00         0.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Case 3:07-cr-00555-WHA   Document 9-2   Filed 05/19/2008   Page 9 of 46

```
     Vend# 000930              Description or sort name LOWE, HELEN
                          NOTES ON FILE
 (C)                          Vendor Payments
         Mode:C Line#:43    #Lines:49
 Ln# D A Check# Bank     Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
 043     506449 S8       04/01/03    1,911.00    1,911.00         0.00         0.00
 044     502232 S8       03/01/03    1,911.00    1,911.00         0.00         0.00
 045     498116 S8       02/01/03    1,911.00    1,911.00         0.00         0.00
 046     494173 S8       01/01/03    1,911.00    1,911.00         0.00         0.00
 047     490294 S8       12/01/02    1,911.00    1,911.00         0.00         0.00
 048     486606 S8       11/01/02    1,911.00    1,911.00         0.00         0.00
 049     482919 S8       10/01/02    1,911.00    1,911.00         0.00         0.00
```

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

pts3 TESTS8 2.3.4                                                      08/17 13:00

      Vend# 000930           Description or sort name LOWE, HELEN

(C)                              Vendor Payments
         Mode:                  #Lines:57
Ln# D A Check# Bank      Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.   HW
001      482919 S8       10/01/02    1,911.00     1,911.00        0.00         0.00
002      479298 S8       09/01/02    1,911.00     1,911.00        0.00         0.00
003      475686 S8       08/01/02    1,911.00     1,911.00        0.00         0.00
004      472146 S8       07/01/02    2,042.00     2,042.00        0.00         0.00
005      468688 S8       06/01/02    2,042.00     2,042.00        0.00         0.00
006      465176 S8       05/01/02    2,042.00     2,042.00        0.00         0.00
007      461723 S8       04/01/02    2,042.00     2,042.00        0.00         0.00
008      458240 S8       03/01/02    2,042.00     2,042.00        0.00         0.00
009      454720 S8       02/01/02    2,042.00     2,042.00        0.00         0.00
010      451219 S8       01/01/02    2,042.00     2,042.00        0.00         0.00
011      447846 S8       12/01/01    2,042.00     2,042.00        0.00         0.00
012      Z03642 S8       11/09/01        0.00       538.00     5,918.00    -6,456.00
013      444566 S8       11/01/01    2,021.00     2,021.00        0.00         0.00
014      441235 S8       10/01/01    2,021.00     2,021.00        0.00         0.00

Valid modes are: ./ACDILSOMRU123456?. 123456 same as ACDILS. .update
/exit Add Change Delete Insert Look Search cOpy Move soRt Undo_sort ?help.

     Vend# 000930        Description or sort name LOWE, HELEN

(C)                          Vendor Payments
        Mode:C Line#:15   #Lines:57
Ln# D A Check# Bank    Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
015     437958 S8     09/01/01    3,056.00    2,021.00    4,842.00   -3,807.00
016     Z92343 S8     08/24/01        0.00      423.00    3,384.00   -3,807.00
017     Z90740 S8     08/10/01        0.00      423.00    3,384.00   -3,807.00
018     434738 S8     08/01/01    1,906.00    1,906.00        0.00        0.00
019     431489 S8     07/01/01    1,906.00    1,906.00        0.00        0.00
020     428225 S8     06/01/01    1,906.00    1,906.00        0.00        0.00
021     424892 S8     05/01/01    1,906.00    1,906.00        0.00        0.00
022     423430 S8     04/13/01    3,100.00    1,483.00    4,449.00   -2,832.00
023     421541 S8     04/01/01    1,131.00    1,131.00        0.00        0.00
024     418093 S8     03/01/01    1,131.00    1,131.00        0.00        0.00
025     Z76238 S8     02/16/01        0.00      708.00      708.00   -1,416.00
026     414676 S8     02/01/01    1,131.00    1,131.00        0.00        0.00
027     411207 S8     01/01/01    1,131.00    1,131.00        0.00        0.00
028     409671 S8     12/08/00       16.00      423.00        0.00     -407.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Case 3:07-cr-00355-WHA   Document 22   Filed 05/13/2008   Page 14 of 46

Vend# 000930            Description or sort name LOWE, HELEN

(C)                              Vendor Payments
        Mode:C Line#:29   #Lines:57

| Ln# | D | A | Check# | Bank | Check Dt | Check Amt | Total HAP | Pos. Adj. | Neg. Adj. | HW |
|-----|---|---|--------|------|----------|-----------|-----------|-----------|-----------|----|
| 029 | | | 407722 | S8 | 12/01/00 | 1,482.00 | 1,482.00 | 0.00 | 0.00 | |
| 030 | | | 404284 | S8 | 11/01/00 | 1,482.00 | 1,482.00 | 0.00 | 0.00 | |
| 031 | | | 400829 | S8 | 10/01/00 | 1,482.00 | 1,482.00 | 0.00 | 0.00 | |
| 032 | | | 397423 | S8 | 09/01/00 | 1,482.00 | 1,482.00 | 0.00 | 0.00 | |
| 033 | | | 394069 | S8 | 08/01/00 | 1,482.00 | 1,482.00 | 0.00 | 0.00 | |
| 034 | | | 390747 | S8 | 07/01/00 | 1,482.00 | 1,482.00 | 0.00 | 0.00 | |
| 035 | | | 388925 | S8 | 06/12/00 | 444.00 | 1,075.00 | 5,375.00 | -6,006.00 | |
| 036 | | | 387263 | S8 | 06/01/00 | 1,408.00 | 1,408.00 | 0.00 | 0.00 | |
| 037 | | | 384217 | S8 | 05/01/00 | 1,408.00 | 1,408.00 | 0.00 | 0.00 | |
| 038 | | | 381191 | S8 | 04/01/00 | 1,408.00 | 1,408.00 | 0.00 | 0.00 | |
| 039 | | | 378163 | S8 | 03/01/00 | 1,408.00 | 1,408.00 | 0.00 | 0.00 | |
| 040 | | | 375155 | S8 | 02/01/00 | 1,408.00 | 1,408.00 | 0.00 | 0.00 | |
| 041 | | | 372191 | S8 | 01/01/00 | 1,408.00 | 1,408.00 | 0.00 | 0.00 | |
| 042 | | | 369219 | S8 | 12/01/99 | 1,395.00 | 1,395.00 | 0.00 | 0.00 | |

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

pts3 TESTS8 2.3.4    Case:07-cv-05395-WHA  Document 22    Filed 05/13/2008    Page 15 of 46
                                                                              08/17 13:00

     Vend# 000930         Description or sort name LOWE, HELEN

(C)                              Vendor Payments
           Mode:C Line#:43    #Lines:57
Ln# D A Check# Bank      Check Dt    Check Amt    Total HAP    Pos. Adj.    Neg. Adj.    HW
043      366234 S8       11/01/99    1,422.00     1,422.00        0.00         0.00
044      363213 S8       10/01/99    1,422.00     1,422.00        0.00         0.00
045      360240 S8    V*09/01/99       424.00     1,422.00        0.00      -998.00
046      357276 S8       08/01/99    2,303.00     2,303.00        0.00         0.00
047      354279 S8       07/01/99    2,303.00     2,303.00        0.00         0.00
048      351302 S8       06/01/99    2,303.00     2,303.00        0.00         0.00
049      348416 S8       05/01/99    2,303.00     2,303.00        0.00         0.00
050      345536 S8       04/01/99    2,303.00     2,303.00        0.00         0.00
051      342683 S8       03/01/99    2,303.00     2,303.00        0.00         0.00
052      339833 S8       02/01/99    2,303.00     2,303.00        0.00         0.00
053      337007 S8       01/01/99    2,962.00     2,303.00      659.00         0.00
054      335558 S8       12/11/98       796.00       434.00     362.00         0.00
055      334234 S8       12/01/98    1,671.00     1,671.00        0.00         0.00
056      331515 S8       11/01/98    1,671.00     1,671.00        0.00         0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930        Description or sort name LOWE, HELEN

| (C) | | | | Vendor Payments | | | | | | |
|-----|--|--|--|-----------------|--|--|--|--|--|--|
| | Mode:C Line#:1 | | #Lines:0 | | | | | | | |
| Ln# | D | A | Check# | Bank | Check Dt | Check Amt | Total HAP | Pos. Adj. | Neg. Adj. | HW |
| 001 | | | 334234 | S8 | 12/01/98 | 1,671.00 | 1,671.00 | 0.00 | 0.00 | |
| 002 | | | 331515 | S8 | 11/01/98 | 1,671.00 | 1,671.00 | 0.00 | 0.00 | |
| 003 | | | 328607 | S8 | 10/01/98 | 1,671.00 | 1,671.00 | 0.00 | 0.00 | |
| 004 | | | 325757 | S8 | 09/01/98 | 1,692.00 | 1,692.00 | 0.00 | 0.00 | |
| 005 | | | 322923 | S8 | 08/01/98 | 1,692.00 | 1,692.00 | 0.00 | 0.00 | |
| 006 | | | 320141 | S8 | 07/01/98 | 1,692.00 | 1,692.00 | 0.00 | 0.00 | |
| 007 | | | 317346 | S8 | 06/01/98 | 1,692.00 | 1,692.00 | 0.00 | 0.00 | |
| 008 | | | 314583 | S8 | 05/01/98 | 1,692.00 | 1,692.00 | 0.00 | 0.00 | |
| 009 | | | 311867 | S8 | 04/01/98 | 1,692.00 | 1,692.00 | 0.00 | 0.00 | |
| 010 | | | 309177 | S8 | 03/01/98 | 1,692.00 | 1,692.00 | 0.00 | 0.00 | |
| 011 | | | 306498 | S8 | 02/01/98 | 1,692.00 | 1,692.00 | 0.00 | 0.00 | |
| 012 | | | 303101 | S8 | 01/01/98 | 1,692.00 | 1,692.00 | 0.00 | 0.00 | |
| 013 | | | 300433 | S8 | 12/01/97 | 1,545.00 | 1,545.00 | 0.00 | 0.00 | |
| 014 | | | 297759 | S8 | 11/01/97 | 1,545.00 | 1,545.00 | 0.00 | 0.00 | |

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930        Description or sort name LOWE, HELEN

(C)                          Vendor Payments
           Mode:C Line#:15   #Lines:59
Ln# D A Check# Bank    Check Dt   Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
015    295087 S8    10/01/97    1,545.00    1,545.00        0.00        0.00
016    292417 S8    09/01/97    1,545.00    1,545.00        0.00        0.00
017    289729 S8    08/01/97    1,545.00    1,545.00        0.00        0.00
018    287038 S8    07/01/97    1,545.00    1,545.00        0.00        0.00
019    284242 S8    06/01/97    1,545.00    1,545.00        0.00        0.00
020    281540 S8    05/01/97    1,545.00    1,545.00        0.00        0.00
021    278804 S8    04/01/97    1,545.00    1,545.00        0.00        0.00
022    276077 S8    03/01/97    1,545.00    1,545.00        0.00        0.00
023    008982 S8    02/07/97      120.00      670.00      670.00   -1,220.00
024    273368 S8    02/01/97    1,485.00    1,485.00        0.00        0.00
025    008842 S8    01/17/97       18.00      875.00        0.00     -857.00
026    270642 S8    01/01/97    1,467.00    1,467.00        0.00        0.00
027    267920 S8    12/01/96    1,649.00    1,649.00        0.00        0.00
028    265183 S8    11/01/96    1,649.00    1,649.00        0.00        0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Vend# 000930        Description or sort name LOWE, HELEN

(C)                         Vendor Payments
          Mode:C Line#:29   #Lines:59

| Ln# | D | A | Check# | Bank | Check Dt | Check Amt | Total HAP | Pos. Adj. | Neg. Adj. | HW |
|-----|---|---|--------|------|----------|-----------|-----------|-----------|-----------|----|
| 029 |   |   | 262433 | S8 | 10/01/96 | 1,649.00 | 1,649.00 | 0.00 | 0.00 | |
| 030 |   |   | 259705 | S8 | 09/01/96 | 1,649.00 | 1,649.00 | 0.00 | 0.00 | |
| 031 |   |   | 256965 | S8 | 08/01/96 | 1,649.00 | 1,649.00 | 0.00 | 0.00 | |
| 032 |   |   | 254191 | S8 | 07/01/96 | 1,649.00 | 1,649.00 | 0.00 | 0.00 | |
| 033 |   |   | 251453 | S8 | 06/01/96 | 1,649.00 | 1,649.00 | 0.00 | 0.00 | |
| 034 |   |   | 248739 | S8 | 05/01/96 | 1,743.00 | 1,743.00 | 0.00 | 0.00 | |
| 035 |   |   | 246611 | S8 | 04/01/96 | 1,743.00 | 1,743.00 | 0.00 | 0.00 | |
| 036 |   |   | 243910 | S8 | 03/01/96 | 1,743.00 | 1,743.00 | 0.00 | 0.00 | |
| 037 |   |   | 241221 | S8 | 02/01/96 | 1,743.00 | 1,743.00 | 0.00 | 0.00 | |
| 038 |   |   | 238554 | S8 | 01/01/96 | 1,548.00 | 1,548.00 | 0.00 | 0.00 | |
| 039 |   |   | 005170 | S8 | 12/08/95 | 1,194.00 | 597.00 | 597.00 | 0.00 | |
| 040 |   |   | 235913 | S8 | 12/01/95 | 886.00 | 951.00 | 951.00 | -1,016.00 | |
| 041 |   |   | 233285 | S8 | 11/01/95 | 1,016.00 | 1,016.00 | 0.00 | 0.00 | |
| 042 |   |   | 229958 | S8 | 10/01/95 | 12,117.00 | 1,557.00 | 10,560.00 | 0.00 | |

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

pts9 TESTS8 2.3.4                                                                08/11 13:00

     Vend# 000930        Description or sort name LOWE, HELEN

(C)                              Vendor Payments
        Mode:C Line#:43   #Lines:59
Ln# D A Check# Bank     Check Dt    Check Amt   Total HAP   Pos. Adj.   Neg. Adj.   HW
043     004341 S8       09/18/95    13,440.00      960.00   12,480.00        0.00
044     227375 S8       09/01/95       597.00      597.00        0.00        0.00
045     224726 S8       08/01/95       597.00      597.00        0.00        0.00
046     221881 S8       07/01/95       597.00      597.00        0.00        0.00
047     220458 S8       06/19/95        28.00      597.00        0.00     -569.00
048     219164 S8       06/01/95       569.00      569.00        0.00        0.00
049     216677 S8       05/01/95       569.00      569.00        0.00        0.00
050     214222 S8       04/01/95       569.00      569.00        0.00        0.00
051     211798 S8       03/01/95       569.00      569.00        0.00        0.00
052     209364 S8       02/01/95       569.00      569.00        0.00        0.00
053     206927 S8       01/01/95       569.00      569.00        0.00        0.00
054     204448 S8       12/01/94       569.00      569.00        0.00        0.00
055     202055 S8       11/01/94       569.00      569.00        0.00        0.00
056     199643 S8       10/01/94       569.00      569.00        0.00        0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

Case 3:07-cr-00555-WHA    Document 19-2    Filed 05/13/2008    Page 20 of 46
08/11 13:00

Vend# 000930          Description or sort name LOWE, HELEN

(C)                              Vendor Payments
        Mode:C Line#:57   #Lines:59
Ln# D A Check# Bank     Check Dt   Check Amt  Total HAP  Pos. Adj.  Neg. Adj.  HW
057     197250 S8       09/01/94     569.00     569.00       0.00       0.00
058     195659 S8       08/23/94       0.00       0.00       0.00       0.00
059     194361 S8       08/01/94     569.00     569.00       0.00       0.00

If you wish to display the detail information for this check enter "Y" for
this field, otherwise strike the RETURN key.

8/15/2007   2:38:04 PM



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date | |
|------|--------|---------|--------|-----------|------------|---|
| CD | 153492569972 | 654917 | $1,504.00 | 2/17/2006 | 2/1/2006 | |
| **Customer Data** | | | **GL Category** | **CD VolID/CIMS Key** | **CD Label** | |
| | | | | 20060228175101 | 20060228175101 | |

8/15/2007   2:35:47 PM



| | | | |
|---|---|---|---|
| **DATE** | **CHECK NO.** | **PAY THIS AMOUNT** | |
| 12/01/05 | 646516 | ****1,504.00 | |

HOUSING AUTHORITY OF CITY &
COUNTY OF SAN FRANCISCO
440 TURK STREET
SAN FRANCISCO, CALIF. 94102
HOUSING ASSISTANCE PAYMENTS

**USbank** 980 NINTH STREET SACRAMENTO, CA 95814   90-7267/1211

ONE-THOUSAND FIVE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

VOID AFTER 90 DAYS

HELEN LOWE   000930
70 ALVISO ST
SAN FRANCISCO, CA 94127

George R. Brown

⑈646516⑈ ⑈121122676⑈ 153492569972⑈        ⑈0000150400⑈

---

BANK OF AMERICA,NA SFC
)121000350M E4441 90 34
03 12/22/05

0260951643
61

123000220 12232005 5244
S/T 090 ID 65 PKT 7
ACCT ???????????
5832909729

.0000
.0000

3033-38
121000358

41449

ENDORSE HERE
X

DO NOT WRITE OR STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION ONLY

---

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 646516 | $1,504.00 | 12/23/2005 | 12/1/2005 |

**Customer Data**

| GL Category | CD VoiID/CIMS Key | CD Label |
|-------------|-------------------|----------|
| | 20051231023901 | 20051231023901 |

---

8/15/2007   2:33:16 PM



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date | | |
|------|--------|---------|--------|-----------|------------|--|--|
| CD | 153492569972 | 638104 | $1,504.00 | 10/21/2005 | 10/1/2005 | | |
| **Customer Data** | | | **GL Category** | **CD VolID/CIMS Key** | **CD Label** | | |
| | | | | 20051031193101 | 20051031193101 | | |

8/15/2007    2:32:03 PM



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 633842 | $1,504.00 | 9/13/2005 | 9/1/2005 |

**Customer Data**

| | | GL Category | CD VolID/CIMS Key | CD Label |
|--|--|-------------|-------------------|----------|
| | | | 20050930155201 | 20050930155201 |

8/15/2007    2:30:39 PM



| | DATE | CHECK NO. | PAY THIS AMOUNT |
|---|---|---|---|
| | 08/01/05 | 629459 | ****1,504.00 |

**HOUSING AUTHORITY OF CITY & COUNTY OF SAN FRANCISCO**
440 TURK STREET
SAN FRANCISCO, CALIF. 94102
HOUSING ASSISTANCE PAYMENTS

**USbank**
980 NINTH STREET
SACRAMENTO, CA 95814
90-1267/1211

ONE-THOUSAND FIVE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

HELEN LOWE  000930
70 ALVISO ST
SAN FRANCISCO, CA 94127

VOID AFTER 90 DAYS

George R. Brown

⑈629459⑈ ⑆121122676⑆ 153492569972⑈        ⑈0000150400⑈

---

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|---|---|---|---|---|---|
| CD | 153492569972 | 629459 | $1,504.00 | 8/19/2005 | 8/1/2005 |

| Customer Data | | GL Category | CD VolID/CIMS Key | CD Label |
|---|---|---|---|---|
| | | | 20050831153701 | 20050831153701 |

---

8/15/2007   2:27:09 PM



| | **US bank.** | 980 NINTH STREET SACRAMENTO, CA 95814 | 90-2287/1211 |
|---|---|---|---|
| HOUSING AUTHORITY OF CITY & COUNTY OF SAN FRANCISCO 440 TURK STREET SAN FRANCISCO, CALIF. 94102 HOUSING ASSISTANCE PAYMENTS | DATE | CHECK NO. | PAY THIS AMOUNT |
| | 07/01/05 | 625116 | ******704.00 |

SEVEN-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

**VOID AFTER 90 DAYS**

HELEN LOWE   000930
70 ALVISO ST
SAN FRANCISCO, CA 94127

George R. Brown

⑆625116⑆ ⑇121122676⑈ 153492569972⑈   ⑆000000070400⑆

---

**Loc.  Acct #      Check #  Amount     Paid Date   Issue Date**
CD    153492569972  625116   $704.00    7/13/2005   7/1/2005
**Customer Data              GL Category   CD VoID/CIMS Key   CD Label**
                                          20050731220701     20050731220701

Printed using USB Application

Page 1

8/15/2007   2:26:01 PM



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date | | |
|------|--------|---------|--------|-----------|------------|---|---|
| CD | 153492569972 | 620784 | $1,904.00 | 6/17/2005 | 6/1/2005 | | |
| **Customer Data** | | | **GL Category** | **CD VolID/CIMS Key** | | **CD Label** | |
| | | | | 20050630145201 | | 20050630145201 | |

8/15/2007    2:25:00 PM

NOTICE TO CASHIER: BE SURE WATERMARK IS ON REVERSE SIDE BEFORE CASHING. CHECK

| | **usbank** | 980 NINTH STREET SACRAMENTO, CA 95814 | 90-2287/1211 |
|---|---|---|---|
| **HOUSING AUTHORITY OF CITY & COUNTY OF SAN FRANCISCO** 440 TURK STREET SAN FRANCISCO, CALIF. 94102 HOUSING ASSISTANCE PAYMENTS | DATE | CHECK NO. | PAY THIS AMOUNT |
| | 05/01/05 | 616454 | ****1,904.00 |

ONE-THOUSAND NINE-HUNDRED FOUR DOLLARS AND NO CENTS

PAY TO THE ORDER OF

VOID AFTER 90 DAYS

HELEN LOWE   000930
70 ALVISO ST
SAN FRANCISCO, CA 94127

*George R. Brown*

⑈616454⑈ ⑆121122676⑆ 153492569972⑈

/0000190400/

| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 616454 | $1,904.00 | 5/16/2005 | 5/1/2005 |

| **Customer Data** | | **GL Category** | **CD VoiID/CIMS Key** | **CD Label** |
|---|---|---|---|---|
| | | | 20050531031001 | 20050531031001 |

8/15/2007   2:24:01 PM



| Loc. | Acct # | Check # | Amount | Paid Date | Issue Date |
|------|--------|---------|--------|-----------|------------|
| CD | 153492569972 | 612117 | $1,904.00 | 4/18/2005 | 4/1/2005 |

**Customer Data**

| | | GL Category | CD VolID/CIMS Key | CD Label |
|---|---|---|---|---|
| | | | 20050430072501 | 20050430072501 |

Case 3:07-cr-00555-WHA    Document 92    Filed 05/16/2008    Page 30 of 46

| Bank Check Date | Check# | Vendor | Payee.Name.(Check.Payable.to)........ | #.Contrs | #.Adjmts | HAP.Total | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | Additional.Payee.Name................ | | | | | | |
| | | ACC Ty Client Seq. Client.Name.(Last,.First.MI) | | | Unit.Street.Address............... | | | HAP.Amount |
| Adjustments: | Adj.# | ACC Ty Client Seq. Client.Name.(Last,.First.MI) | Cd | | Adjustment.Description....... Cur.Bal... | | | Adj.Amount |

A008038 000930 HELEN LOWE
11/01/06 Contracts:
V91 VR 906709 0032 JOSHUA, LA'UTON R        1      0    1,243.00    0.00    0.00    1,243.00
                                              151 MARGARET ST                              1,243.00

A004841 000930 HELEN LOWE
10/01/06 Contracts:
V91 VR 906709 0032 JOSHUA, LA'UTON R        1      0    1,243.00    0.00    0.00    1,243.00
                                              151 MARGARET ST                              1,243.00

A005655 000930 HELEN LOWE
09/01/06 Contracts:
V91 VR 906709 0032 JOSHUA, LA'UTON R        1      0    1,243.00    0.00    0.00    1,243.00
                                              151 MARGARET ST                              1,243.00

A002522 000930 HELEN LOWE
08/01/06 Contracts:
V91 VR 906709 0032 JOSHUA, LA'UTON R        1      0    1,243.00    0.00    0.00    1,243.00
                                              151 MARGARET ST                              1,243.00

A001510 000930 HELEN LOWE
07/01/06 Contracts:
V91 VR 906709 0031 JOSHUA, LA'UTON R        1      0    1,504.00    0.00    0.00    1,504.00
                                              151 MARGARET ST                              1,504.00

A665756 000930 HELEN LOWE
01/C6 Contracts:
V91 VR 906709 003: JOSHUA, LA'UTON R        1      0    1,504.00    0.00    0.00    1,504.00
                                              151 MARGARET ST                              1,504.00



Report SR540   Run 2136                          SAN FRANCISCO HOUSING AUTHORITY                          15 AUG 2007  Page   1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 04/01/2006 to 04/30/2006

| Bank Check# Vendor Payee.Name.(Check.Payable.to)........ | #.Contrs #.Adjmts HAP.Total. Pos.Aj.Tot Neg.Aj.Tot Check.Total |
|---|---|
| Check Date                Additional.Payee.Name........... | |
| Contracts:             ACC Ty Client Seq. Client.Name.(Last,.First,MI) Unit.Street.Address............... HAP.Amount | |
|                        ... ... ....... .... .......................... ............................... .......... | |
| Adjustments:     Adj.#. ACC Ty Client Seq. Client.Name.(Last,.First,MI) Cd Adjustment.Description. Cur.Bal.... Adj.Amount | |
|                 ...... ... .. ....... .... .......................... .. .......................... ........... .......... | |

SB  A663229  000930  HELEN LOWE                                    1        0   1,504.00      0.00      0.00    1,504.00
04/01/06
                        V91 VR  906709 0031 JOSHUA, LA'UTON R          151 MARGARET ST                         1,504.00
Contracts:

Report S8R540   Run 2136                     SAN FRANCISCO HOUSING AUTHORITY                          15 AUG 2007 Page   1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Descending Check Date from 03/01/2006 to 03/31/2006

| Bank Check# Vendor | Payee.Name.(Check.Payable.to).......... | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|---|---|
| Check Date | Additional.Payee.Name............. | | | | | | |
| ..Contracts: | ACC  Ty  Client  Seq.  Client.Name.(Last,.First.MI) | | | Unit.Street.Address............ | | | HAP.Amount |
| ..Adjustments: | Adj.# ACC Ty Client Seq. Client.Name.(Last,.First.MI) | | | Cd  Adjustment.Description.. | | Cur.Bal... | Adj.Amount |

S8   A650076  000930  HELEN LOWE                                          1           0      1,504.00       0.00       0.00     1,504.00
8 01/06                V91   VR  906709  0031  JOSHUA, LA'UTON R                        151 MARGARET ST                                1,504.00
..Contracts:

Report: SBR540    Run 2136
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Descending Check Date from 02/01/2006 to 02/28/2006

SAN FRANCISCO HOUSING AUTHORITY

15 Aug 2007  Page   1

| Bank Check# Vendor Payee.Name.(Check.Payable.to)....... #.Contrs #.Adjmts HAP.Total. Pos.Aj.Tot Neg.Aj.Tot Check.Total |
|---|
| Chk Date Additional.Payee.Name............... |
| Contracts: ACC Ty Client Seq. Client.Name.(Last,.First.MI) Unit.Street.Address....... HAP.Amount |
| ::: ::: ::: |
| Adjustments: ACC Ty Client Seq. Client.Name.(Last,.First.MI) Cd Adjustment.Description. Cur.Bal... Adj.Amount |
| Adj.#: ::: ::: ::: ::: |

| S8 A654917 000930 HELEN LOWE | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
|---|---|---|---|---|---|---|
| 02/01/06 | | | | | | |
| Contracts: | V91 VR 906709 0031 JOSHUA, LA'UTOW R | | 151 MARGARET ST | | | 1,504.00 |

Report SBR540   Run 2136
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Descending Check Date from 01/01/2006 to 31/31/2006

SAN FRANCISCO HOUSING AUTHORITY

15 AUG 2007  Page  1

| Bank   Check# | Vendor | Payee.Name,(Check.Payable.to)........ Additional.Payee.Name... |     |    |        |      | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Check Date |  |  | ACC | Ty | Client | Seq. | Client.Name,(Last,.first.MI) |  | Unit.Street.Address...... |  |  | HAP.Amount |
| Adjustments: |  | Adj.#: | ACC | Ty | Client | Seq. | Client.Name.(Last,.first.MI) | Cd | Adjustment.Description... | Cur Bal... |  | Adj.Amount |
| S8   A251956 | 000930 | HELEN LOWE |  |  |  |  | 1 | 1 |  | 0.00 | -1,504.00 | |
| 00/06 |  |  | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R |  | 151 MARGARET ST |  |  | 1,504.00 |
| Contracts: |  |  | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R |  | 151 MARGARET ST |  | 0.00 | 1,504.00 |
| Adjustments: | 159769 |  | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R | 01 | EXPIRED CONTRACTS 01/01/06-01/31/06 | 0.00 |  | -1,504.00 |
| S8   A650669 | 000930 | HELEN LOWE |  |  |  |  | 1 | 0 |  | 0.00 | 0.00 | |
| 07/06  VOIDED |  |  | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R |  | 151 MARGARET ST |  |  | 1,504.00 |
| Contracts: |  |  | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R |  | 151 MARGARET ST |  | 0.00 | 1,504.00 |

0.00

By pts2 CCSSB for pts2 KAZIM on 15:10:29 AUG 15 2007

Report SBR540   Run 2136                  SAN FRANCISCO HOUSING AUTHORITY                                      15 AUG 2007  Page  1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 12/01/2005 to 12/31/2005

| Bank Check.Date | Check# | Vendor | Payee.Name.(Check.Payable.to)......... Additional.Payee.Name.............. | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|---|---|---|---|
| Contracts: | | | ACC Ty Client Seq. Client.Name.(Last,.First.MI)  Unit.Street.Address........ | | | | | | HAP.Amount |
| Adjustments: | Adj.#. | | ACC Ty Client Seq. Client.Name.(Last,.First.MI) Cd Adjustment.Description.. | | | | | Cur.Bal... | Adj.Amount |
| SB 12/01/05 | A646516 | 000930 | HELEN LOWE | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| Contracts: | | | V91 VR 906709 0031 JOSHUA, LA'UTON R   151 MARGARET ST | | | | | | 1,504.00 |

SAN FRANCISCO HOUSING AUTHORITY
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 11/01/2005 to 11/30/2005

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to)........ | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj;Tot | Neg.Aj;Tot | Check.Total |
|------|--------|--------|-------------------------------------------|----------|----------|-----------|-----------|-----------|-------------|
| | Check.Date | | Additional.Payee.Name............... | | | | | | |
| Contracts: | | ACC  Ty  Client  Seq. | Client.Name.(Last,.First,MI) | | | Unit.Street.Address............ | | | HAP.Amount |
| | | ...  ...  ......  ....... | ........................... | | | .................. | | | .......... |
| Adjustments: | Adj.#. | ACC  Ty  Client  Seq. | Client.Name.(Last,.First.MI) | Cd | Adjustment.Description. | | | | Adj.Amount |
| | ...... | ...  ..  ......  ....... | ........................... | .. | .................... | Cur.Bal.... | | | .......... |

| S8 | A642382 | 000930 | HELEN LOWE | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| | 11/01/05 VOIDED | | | | | | | | |
| Contracts: | | V91  VR  906709  0031 | JOSHUA, LA'UTON R | | | 151 MARGARET ST | | | 1,504.00 |

SAN FRANCISCO HOUSING AUTHORITY

Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Descending Check Date from 10/01/2005 to 10/31/2005

15 AUG 2007 Page  1

| Bank  Check# | Vendor | Payee.Name.(Check.Payable.to)........ | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|---|---|---|---|---|---|---|---|---|
| Check Date | | Additional.Payee.Name............... | | | | | | |
| Contracts: | | ACC  Ty  Client  Seq.  Client.Name.(Last,.First,.MI) | | | Unit.Street.Address...... | | | HAP.Amount |
| Adjustments: | | Adj.#.  ACC  Ty  Client  Seq.  Client.Name.(Last,.First,.MI)  Cd  Adjustment.Description.  Cur.Bal...  Adj.Amount | | | | | | |

| SB | A638104 | 000930 | HELEN LOWE | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/05 | | | | | | | | | |
| Contracts: | | | V91  VR  906709  0031  JOSHUA, LA'UTOM R | | | 151 MARGARET ST | | | 1,504.00 |

SAN FRANCISCO HOUSING AUTHORITY

15 AUG 2007    Page   1

| Bank Check# Vendor | Payee.Name.(Check.Payable.to).... | #.Contrs #.Adjmts | HAP.Total.  Pos.Aj.Tot  Neg.Aj.Tot | Check.Total |
| Check Date | Additional.Payee.Name............ | | |
| Contracts: | ACC  Ty  Client  Seq.  Client.Name.(Last,.First,MI) | Unit.Street.Address............ | HAP.Amount |
| Adjustments: | Adj.#.  ACC  Ty  Client  Seq.  Client.Name.(Last,.First,MI)  Cd  Adjustment.Description...... | Cur  Bal.... | Adj.Amount |

| S8 | A633842 | 000930 | HELEN LOWE | | | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| 09/01/05 | | | | | | | | | | | |
| Contracts: | | | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTON R | | 151 MARGARET ST | | 1,504.00 |

SBR540 Release CCSS8 5.3

Report SBR540          Run 2136
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Descending Check Date from 08/01/2005 to 08/31/2005

SAN FRANCISCO HOUSING AUTHORITY
                                                                                            15 AUG 2007   Page    1

| Bank  Check# | Vendor | Payee.Name.(Check.Payable.to).......... | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
| Check.Date | | Additional.Payee.Name............... | | | | | | |
| ------ | ------ | ------ | ------ | ------ | ------ | ------ | ------ | ------ |
| Contracts: | | ACC  Ty  Client  Seq. | Client.Name.(Last.,First.MI) | | Unit.Street.Address........... | | | HAP.Amount |
| | | ...  ...  ......  .... | ........................... | | ...................... | | | .......... |
| Adjustments: | Adj.#. | ACC  Ty  Client  Seq. | Client.Name.(Last.,First.MI) | Cd | Adjustment.Description....... | | Cur Bal... | Adj.Amount |
| | ...... | ...  ...  ......  .... | ........................... | .. | ...................... | | | .......... |

| S8     A629459 | 000930 | HELEN LOWE | 1 | 0 | 1,504.00 | 0.00 | 0.00 | 1,504.00 |
| 08/31/05 | | | | | | | | |
| ------ | ------ | ------ | ------ | ------ | ------ | ------ | ------ | ------ |
| | | V91  VR  906709  0031 | JOSHUA, LA'UTON R | | 151 MARGARET ST | | | 1,504.00 |

| Contracts: | 1 | | | | | | | 1,504.00 |

| Bank Check# Vendor    Payee.Name.(Check.Payable.to).........    #.Contrs  #.Adjmts  HAP.Total.  Pos.Aj.Tot  Neg.Aj.Tot  Check.Total |
| Check Date               Additional.Payee.Name............ | | | | | |

| S8  A625116  000930  HELEN LOWE | | | | | 1 | | | |
| 07/31/05 | | | | | | 1 | 1,504.00 | 0.00 | -800.00 | 704.00 |

Contracts:       ACC Ty  Client Seq,.  Client.Name.(Last,.First.MI)      Unit.Street.Address...........    HAP.Amount
                 ...     ...           ...                                                                 ..........
                 V91  VR  906709  0031  JOSHUA, LA'UTON R                 151 MARGARET ST                    1,504.00

Adjustments:     ACC Ty  Client Seq,.  Client.Name.(Last,.First.MI)  Cd  Adjustment.Description.......  Cur Bal...  Adj.Amount
                 ...     ...           ...                           ..                                             ..........
Adj.#.  145798  V91  VR  011128  0036  LOWE (HB), JACQUELINE         02  CANCELLED CONTRACTS            0.00         -800.00
                                                                         05/01/05-06/30/05

Report SBR540  Run 2136
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 06/01/2005 to 06/30/2005

SAN FRANCISCO HOUSING AUTHORITY

15 AUG 2007  Page  1

| Bank | Check# | Vendor | Payee.Name.(Check.Payable.to).... | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Check.Date | | | Additional.Payee.Name... | | | | | | |

| ACC | Ty | Client | Seq. | Client.Name.(Last.,First.MI) | | Unit.Street.Address... | | | HAP.Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Adjustments: | Adj.#. | ACC | Ty | Client | Seq. | Client.Name.(Last.,First.MI) | Cd | Adjustment.Description... | Cur.Bal... | Adj.Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Contracts:

| S8 | A62078 | 000930 | HELEN LOWE | 2 | 0 | 1,904.00 | 0.00 | 0.00 | 1,904.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0601/05 | | | | | | | | | |

Contracts:

| | V91 | VR | 011128 | 0034 | LOWE (HB), JACQUELINE | 70 ALVISO ST LOWER | 400.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTOM R | 151 MARGARET ST | 1,504.00 |

SBR540  Release CCSS8 5.3

By pts2 CCSS8 for pts2 KAZIM on 14:58:25 AUG 15 2007

Report S8R540   Run 2136

Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Descending Check Date from 05/01/2005 to 05/31/2005

SAN FRANCISCO HOUSING AUTHORITY

15 AUG 2007   Page   1

| Bank | Check# | Vendor | Payee Name (Check.Payable.to)........ | #.Contrs | #.Adjmts | HAP.Total. | Pos.Aj.Tot | Neg.Aj.Tot | Check.Total |
|------|--------|--------|----------------------------------------|----------|----------|------------|------------|------------|-------------|
| Check Date | | | Additional.Payee.Name............... | | | | | | |

Contracts:

| | | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.MI) | | Cd | Unit.Street.Address........ | | | HAP.Amount |

Adjustments:

| | | Adj.# | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.MI) | | Cd | Adjustment.Description...... | | | Cur.Bal... | Adj.Amount |

| S8 | A616454 | 000930 | HELEN LOWE | | | 2 | 0 | 1,904.00 | 0.00 | 0.00 | 1,904.00 |
| 05/01/05 | | | | | | | | | | | |

Contracts:

| | | V91 | VR | 011128 | 0034 | LOWE (HR), JACQUELINE | | 70 | ALVISO ST LOWER | | | 400.00 |
| | | V91 | VR | 906709 | 0031 | JOSHUA, LA'UTOM R | | 151 | MARGARET ST | | | 1,504.00 |

Report SBR540   Run 2:36                          SAN FRANCISCO HOUSING AUTHORITY                              15 AUG 2007  Page   1
Vendor Payments : HAP Checks to Vendors by Bank Code by Vendor Number by Desending Check Date from 04/01/2005 to 04/30/2005

Bank  Check#  Vendor   Payee.Name.(Check.Payable.to)........   #.Contrs  #.Adjmts  HAP.Total.  Pos.Aj.Tot  Neg.Aj.Tot  Check.Total
Check Date                Additional.Payee.Name............

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Contracts: | | | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.MI) | | Unit.Street.Address........ | | | HAP.Amount |
| | | | ... | .. | .... | ... | ...................... | | ...................... | | | .......... |
| Adjustments: | | | ACC | Ty | Client | Seq. | Client.Name.(Last,.First.MI) | Cd | Adjustment.Description... | Cur.Bal... | Adj.Amount |
| Adj.#. | | | ... | .. | .... | ... | ...................... | .. | ...................... | ...... | .......... |

SB  A612117  000930  HELEN LOWE                                        2        0    1,904.00      0.00       0.00    1,904.00
01/05                                                                                                                 ----------

Contracts:                  V91  VR  011128  0034  LOWE (HBD), JACQUELINE          70 ALVISO ST LOWER                   400.00
                            V91  VR  906709  0031  JOSHUA, LA'UTON R              151 MARGARET ST                    1,504.00

HOUSING ASSISTANCE PAYMENT (HAP) ANALYSIS
VENDOR: Helen Lowe, #930
CLIENT: La'uton Joshua, #906709

| Date of Check | Check Number | Paid HAP |
|---|---|---|
| 8/1/2006 | 3655 | 1,243.00 |
| 7/1/2006 | 2522 | 1,243.00 |
| 6/1/2006 | 1510 | 1,504.00 |
| 5/1/2006 | 665756 | 1,504.00 |
| 4/1/2006 | 663229 | 1,504.00 |
| 3/1/2006 | 659076 | 1,504.00 |
| 2/1/2006 | 654917 | 1,504.00 |
| 1/1/2006 | 650669 | 1,504.00 |
| 12/1/2005 | 646516 | 1,504.00 |
| 11/1/2005 | 642382 | 1,504.00 |
| 10/1/2005 | 638104 | 1,504.00 |
| 9/1/2005 | 633842 | 1,504.00 |
| 8/1/2005 | 629459 | 1,504.00 |
| 7/1/2005 | 625116 | 1,504.00 |
| 6/1/2005 | 620784 | 1,504.00 |
| 5/1/2005 | 616454 | 1,504.00 |
| 4/1/2005 | 612117 | 1,504.00 |
| 3/1/2005 | 607595 | 1,504.00 |
| 2/1/2005 | 603305 | 1,504.00 |
| 1/1/2005 | 598899 | 1,504.00 |
| 12/1/2004 | 594389 | 1,504.00 |
| 11/1/2004 | 590096 | 1,504.00 |
| 10/1/2004 | 585649 | 1,504.00 |
| 9/17/2004 | 583436 | 1,504.00 |
| 8/1/2004 | 576624 | 1,504.00 |
| 7/1/2004 | 572171 | 1,504.00 |
| 6/1/2004 | 567784 | 1,504.00 |
| 5/1/2004 | 563376 | 1,504.00 |
| 4/1/2004 | 558864 | 1,504.00 |
| 3/1/2004 | 554339 | 1,504.00 |
| 2/1/2004 | 550023 | 1,504.00 |
| 1/1/2004 | 545607 | 1,504.00 |
| 12/1/2003 | 541224 | 1,504.00 |
| 11/1/2003 | 536923 | 1,504.00 |
| 10/1/2003 | 532472 | 1,504.00 |
| 9/1/2003 | 528064 | 1,504.00 |
| 8/1/2003 | 523720 | 1,504.00 |
| 7/1/2003 | 519450 | 1,504.00 |
| 6/1/2003 | 515067 | 1,504.00 |
| 5/1/2003 | 510751 | 1,504.00 |
| 4/1/2003 | 506449 | 1,504.00 |
| 3/1/2003 | 502232 | 1,504.00 |
| 2/1/2003 | 498116 | 1,504.00 |
| 1/1/2003 | 494173 | 1,504.00 |
| 12/1/2002 | 490294 | 1,504.00 |
| 11/1/2002 | 486606 | 1,504.00 |

| | | |
|---|---|---|
| 10/1/2002 | 482919 | 1,504.00 |
| 9/1/2002 | 479298 | 1,504.00 |
| 8/1/2002 | 475686 | 1,504.00 |
| 7/1/2002 | 472146 | 1,504.00 |
| 6/1/2002 | 468688 | 1,504.00 |
| 5/1/2002 | 465176 | 1,504.00 |
| 4/1/2002 | 461723 | 1,504.00 |
| 3/1/2002 | 458240 | 1,504.00 |
| 2/1/2002 | 454720 | 1,504.00 |
| 1/1/2002 | 451219 | 1,504.00 |
| 12/1/2001 | 447846 | 1,504.00 |
| 11/1/2001 | 444566 | 1,483.00 |
| 10/1/2001 | 441235 | 1,483.00 |
| 9/1/2001 | 437958 | 1,483.00 |
| 8/1/2001 | 434738 | 1,483.00 |
| 7/1/2001 | 431489 | 1,483.00 |
| 6/1/2001 | 428225 | 1,483.00 |
| 5/1/2001 | 424892 | 1,483.00 |
| 4/13/2001 | 423430 | 3,100.00 |
| 4/1/2001 | 421541 | 708.00 |
| 3/1/2001 | 423430 | 708.00 |
| 2/1/2001 | 414676 | 708.00 |
| 1/1/2001 | 411207 | 708.00 |
| 12/1/2000 | 407722 | 1,075.00 |
| 11/1/2000 | 404284 | 1,075.00 |
| 10/1/2000 | 400829 | 1,075.00 |
| 9/1/2000 | 397423 | 1,075.00 |
| 8/1/2000 | 394069 | 1,075.00 |
| 7/1/2000 | 390747 | 1,075.00 |
| 6/12/2000 | 388925 | 444.00 |
| 6/1/2000 | 387263 | 1,001.00 |
| 5/1/2000 | 384217 | 1,001.00 |
| 4/1/2000 | 381191 | 1,001.00 |
| 3/1/2000 | 378163 | 1,001.00 |
| 2/1/2000 | 375155 | 1,001.00 |
| 1/1/2000 | 372191 | 1,001.00 |
| 12/1/1999 | 369219 | 988.00 |
| 11/1/1999 | 366234 | 988.00 |
| 10/1/1999 | 363213 | 988.00 |
| 9/1/1999 | 360240 | 988.00 |
| 8/1/1999 | 357276 | 988.00 |
| 7/1/1999 | 354279 | 988.00 |
| 6/1/1999 | 351302 | 988.00 |
| 5/1/1999 | 348416 | 988.00 |
| 4/1/1999 | 345536 | 988.00 |
| 3/1/1999 | 342683 | 988.00 |
| 2/1/1999 | 339833 | 988.00 |
| 1/1/1999 | 337007 | 1,647.00 |
| 12/1/1998 | 334234 | 790.00 |
| | $ | 127,724.00 |

```
127,724.00
126,934.00
    790.00
```