UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

FILED
MAY 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: May 20, 2008

Case No.: CR 07-0555 WHA

Title: UNITED STATES -v- LAUTON JOSHUA (present)
                        HELEN LOWE (present)

Appearances:
  For the Government: Ericka Frick

  For the Defendant(s): Stuart Hanlon; Sara Rief (LJ)
                        Darryl Stallworth (HL)

Interpreter: n/a                Probation Officer: Brian Casai

Deputy Clerk: Dawn Toland       Court Reporter: Margo Guele

## PROCEEDINGS

1) Sentencing - HELD

2) _____

**ORDERED AFTER HEARING:**

LAUTON JOSHUA:
JUDGMENT: Defendant is committed to the BOP for 8 months and placed on supervised release for 3 years with the following special conditions: 1) 7 months of home confinement w/electronic monitoring; 2) pay $126,934 in restitution; 3) pay $100 special assessment; 4) no firearms; 5) check voicemail; 6) provide financial info; 7) pay restitution imposed; and 8) cooperated with collection of DNA. No fine is imposed.

Defendant shall self-surrender on 9/15/08 to the designated facility or USMS. Court recommends defendant be designated to a Camp Facility located in California.

HELEN LOWE:
JUDGMENT: Probation for 3 years with the special conditions: 1) pay $126,934 in restitution; 2) pay $30,000 fine; 3) pay $25 special assessment; 4) provide financial info; and 5) no new lines of credit with approval. Drug testing condition is suspended.